**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Kombu Kitchen SF LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  NIBLL** <br> **FDBA  NYBLL** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1754460** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1715 E. 21st St.** <br> **Los Angeles, CA 90058** <br> Number, Street, City, State & ZIP Code | **8506 Santa Monica Blvd., Suite 80878** <br> **West Hollywood, CA 90069** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://www.nibll.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Kombu Kitchen SF LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7223

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Kombu Kitchen SF LLC**                                    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Kombu Kitchen SF LLC**                                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor  **Kombu Kitchen SF LLC**
     Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 1, 2023**
            MM / DD / YYYY

X _(signature)_                     **Keven Thibeault**
Signature of authorized representative of debtor     Printed name

Title    **CEO**

| 18. Signature of attorney | X    **/s/ Daniel J. Weintraub** | Date   **November 1, 2023** |
|---|---|---|
| | Signature of attorney for debtor | MM / DD / YYYY |

           **Daniel J. Weintraub 132111**
           Printed name

           **Weintraub Zolkin Talerico & Selth LLP**
           Firm name

           **11766 Wilshire Boulevard**
           **Suite 450**
           **Los Angeles, CA 90025**
           Number, Street, City, State & ZIP Code

           Contact phone   **(310) 207-1494**       Email address   **dweintraub@wztslaw.com**

           **132111 CA**
           Bar number and State

---

## CERTIFICATE OF RESOLUTIONS OF KOMBU KITCHEN SF, LLC

The undersigned, being an authorized officer of Kombu Kitchen SF, LLC, does hereby certify that the following resolutions were adopted by unanimous consent of the members:

RESOLVED that Keven Thibeault is authorized to execute and cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Kombu Kitchen SF, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Kombu Kitchen SF, LLC is in the best interests of the limited liability company and its managers, members and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Keven Thibeault is the party designated to act on behalf of the company in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: November 1, 2023

By: Keven Thibeault, CEO

**Fill in this information to identify the case:**

Debtor name   **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __November 1, 2023__            X _____
                                                        Signature of individual signing on behalf of debtor

                                              __Keven Thibeault__
                                              Printed name

                                              __CEO__
                                              Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Kombu Kitchen SF LLC** |
|---|---|
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **California Dept of Tax and Fee Adm Account Information Group MIC:29 PO Box 942879 Sacramento, CA 94279-0029** | | Sales tax | | | | $239,240.00 |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | Payroll tax; | **Disputed Subject to Setoff** | | | $162,682.00 |
| **Ramp Card 71 5th Ave., 6th Fl. New York, NY 10003** | | Company credit card | **Disputed** | | | $70,000.00 |
| **City and County of San Francisco Office of Treasurer & Tax Collector 1 Dr. Carlton B. Goodlett Place San Francisco, CA 94102** | | City health tax | **Disputed** | | | $69,389.78 |
| **Newport Meat Company 48811 Warm Springs Blvd. Fremont, CA 94539** | | Vendor debt | **Disputed** | | | $60,975.00 |
| **Sysco Corporation 1390 Enclave Pkwy. Houston, TX 77077** | | Vendor debt | **Disputed** | | | $55,080.00 |
| **American Express P.O. Box 297871 Fort Lauderdale, FL 33329-7812** | | Company credit card | | | | $34,225.00 |

| Debtor | **Kombu Kitchen SF LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stanley Produce 2088 Jerrold Ave. San Francisco, CA 94124** | | **Vendor debt** | **Disputed** | | | **$33,345.63** |
| **Worldwide Produce P.O. Box 54399 Los Angeles, CA 90054** | | **Vendor debt** | **Disputed** | | | **$29,149.45** |
| **Aramark 2680 Palumbo Dr. Lexington, KY 40509** | | **Vendor debt** | **Disputed** | | | **$28,340.00** |
| **Nevada Department of Taxation 1550 College Parkway, Suite 115 Carson City, NV 89706** | | **Sales tax** | | | | **$23,600.00** |
| **Ascentium Capital LLC 23970 US Highway 59 North Kingwood, TX 77339** | | **2020 Nissan NV 200 van, #3991** | | **$15,217.98** | **$0.00** | **$15,217.98** |
| **Bank Of America P.O. Box 15184 Wilmington, DE 19850-5184** | | **Company credit card** | **Disputed** | | | **$15,000.00** |
| **Ally Bank P.O. Box 380902 Bloomington, MN 55438-0902** | | **2020 Mercedes Sprinter, #4073** | | **$59,640.69** | **$45,137.00** | **$14,503.69** |
| **Land Rover Financial Group 700 Kansas Lane Monroe, LA 71203-4774** | | **2023 Land Rover, #6060** | | **$94,834.91** | **$82,682.00** | **$12,152.91** |
| **Auto Wholesale Company 1013 N. Harbor Blvd. Santa Ana, CA 92703** | | **2020 Nissan NV200 van, #4478** | | **$27,661.82** | **$15,668.00** | **$11,993.82** |
| **Auto Wholesale Company 1013 N. Harbor Blvd. Santa Ana, CA 92703** | | **2020 Nissan NV 200 van, #4644** | | **$27,100.48** | **$16,372.00** | **$10,728.48** |
| **ZenPayroll Inc dba Gusto 525 20th St San Francisco, CA 94107** | | **Vendor debt** | **Disputed** | | | **$9,000.00** |

Debtor **Kombu Kitchen SF LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lee & Associates c/o Matthew Artukovich 5675 Telegraph Rd., Suite 300 Los Angeles, CA 90040** | | **Vendor debt** | | | | **$8,857.34** |
| **Los Angeles Dept. Water and Power P.O. Box 30808 Los Angeles, CA 90030** | | **Utilities** | | | | **$8,456.48** |

## United States Bankruptcy Court
### Central District of California

In re    Kombu Kitchen SF LLC

Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Keven Thibeault<br>8605 Santa Monica Blvd.<br>Suite 80878<br>West Hollywood, CA 90069 | | | **49% membership interest** |
| Kristen Thibeault<br>8605 Santa Monica Blvd.<br>Suite 80878<br>West Hollywood, CA 90069 | | | **51% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November 1, 2023

Signature _____
Keven Thibeault

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Kristen M. Nelson; Case No. 05-31769. Chapter 7 case filed June 6, 2005, discharged Sept. 15, 2005; Northern District of California, Hon. Dennis Montali.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, California**              , California.

Date:   **November 1, 2023**

Keven Thibault
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                      *Page 1*       **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $ _____ 1,748,762.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $ _____ 1,748,762.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 644,906.27

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................   $ _____ 502,774.38

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____ 379,899.08

4.   **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,527,579.73

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Banc of California** | **Checking** | **7773** | $0.00 |
| 3.2. | **Bank of America** | **Checking** | **1658** | $0.00 |
| 3.3. | **Bank of America** | **Checking** | **8107** | $0.00 |
| 3.4. | **Bank of America** | **Checking** | **8110** | $15,000.00 |
| 3.5. | **Bank of America** | **Savings** | **9538** | $0.00 |
| 3.6. | **Banc of California** | **Checking** | **9268** | $0.00 |

| Debtor | **Kombu Kitchen SF LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Axos Bank** | **Checking** | 3660 | **$255,035.26** |
| 3.8. | **Axos Bank** | **Checking** | 3678 | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                   $270,035.26
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security deposits (landlords): Royal Money, LLC: $30,389; Night Heron Oakland, LLC: $48,000; 4D Companies, LLC: $7,600.** | **$85,989.00** |
|---|---|---|
| 7.2. | **Security deposits (utilities): SoCal Gas: $3,444.30; Los Angeles DWP: $19,678** | **$23,122.30** |
| 7.3. | **Security deposit - Wex Bank (fuel)** | **$2,000.00** |
| 7.4. | **Security deposit with Nevada Department of Taxation** | **$2,512.50** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                   $113,623.80
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **930,233.15** | - | **0.00** | = .... | **$930,233.15** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts receivable**

Debtor    **Kombu Kitchen SF LLC**                                      Case number *(If known)* _____
          <sub>Name</sub>

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts receivable owed by debtors in bankruptcy (Amyris and Virgin Orbit); $100,028.09**

| 11b. Over 90 days old: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts receivable over 90 days old**

| 12. | **Total of Part 3.** | **$930,233.15** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**Dry goods and**<br>**perishable food** | | **$50,000.00** | | **$5,000.00** |

| 23. | **Total of Part 5.** | **$5,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.

| Debtor | **Kombu Kitchen SF LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 7:</b> Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture and fixtures** | **$2,593.09** | **Liquidation** | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office computers and equipment** | **$1,188.93** | **Liquidation** | **$250.00** |
| **Robocoup Mixer** | **$0.00** | | **$2,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$3,250.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 8:</b> Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See attached list** | **$467,957.00** | **Expert** | **$401,702.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Schedule A/B
Attachment 47

| | Original Cost | Accmulated Depreciation | Net Book Value | Loan Balance | Net Equity | KBB Trade in | VIN | Mileage | Loan Number | Creditor |
|---|---|---|---|---|---|---|---|---|---|---|
| **15000 Vehicles** | | | 0.00 | | 0.00 | | | | | |
| **15002 2018 Kia Sorento LX/L** | 28,073.75 | 22,460.00 | 5,613.75 | | 5,613.75 | $ 15,410 | 5XYPK4A59JG335747 | 84,980 | owned | |
| **15005 2018 Kia Soul (I)** | 22,246.28 | 22,246.28 | 0.00 | | 0.00 | $ - | | | totaled | |
| **15006 2018 Kia Soul (II)** | 22,246.28 | 22,246.28 | 0.00 | | 0.00 | $ - | | | totaled | |
| **15030 Nissan NV200 Van** | 35,344.08 | 32,988.00 | 2,356.08 | | 2,356.08 | | | | totaled | |
| **15031 2015 Nissan NV200** | 18,216.29 | 18,216.29 | 0.00 | | 0.00 | $ 7,908 | 3N6CM0KN4FK730440 | 8,947 | owned | |
| **15032 2016 Nissan NV200** | 16,408.42 | 16,408.42 | 0.00 | | 0.00 | | 3N6CM0KN8GK691952 | | totaled | |
| **15033 2017 Nissan NV 200 S Van - 5198** | 16,923.98 | 13,258.00 | 3,665.98 | | 3,665.98 | | 3N6CM0KNXHK715198 | | owned | |
| **15034 2018 Nissan NV 200 S Van - 0419** | 20,203.66 | 15,827.00 | 4,376.66 | | 4,376.66 | | 3N6CM0KN5JK700419 | | owned | |
| **15035 2018 Nissan NV 200 S Van - 5202** | 20,032.14 | 15,691.00 | 4,341.14 | | 4,341.14 | $ 11,744 | 3N6CM0KN8JK695202 | 77,703 | owned | |
| **15036 2018 Nissan NV 200 S Van - 0625** | 19,535.05 | 15,628.00 | 3,907.05 | | 3,907.05 | $ 8,291 | 3N6CM0KN0JK690625 | 119,850 | owned | |
| **15037 2018 Nissan NV 200 S Van -7899** | 20,310.73 | 16,248.00 | 4,062.73 | | 4,062.73 | $ 9,865 | 3N6CM0KN6JK697899 | 85,252 | owned | |
| **15039 2019 Nissan S Van 4D-0575** | 21,840.23 | 16,016.00 | 5,824.23 | 10,989.15 | -5,164.92 | $ 10,290 | 3N6CM0KN6KK700575 | 89,008 | 3355694765 | Wells Fargo |
| **15040 2019 Nissan S Van 4D - 1534** | 21,840.23 | 15,887.00 | 5,953.23 | 10,989.15 | -5,035.92 | $ 11,869 | 3N6CM0KN8KK701534 | 76,200 | 3355694773 | Wells Fargo |
| **15041 2019 Nissan NV200 Van** | 20,876.98 | 14,717.00 | 6,159.98 | 11,387.42 | -5,227.44 | $ 11,500 | | | 3355723184 | Wells Fargo |
| **15042 2019 Nissan NV200 Van** | 21,654.86 | 16,404.00 | 5,250.86 | 11,812.30 | -6,561.44 | $ 12,000 | | | 3355723390 | Wells Fargo |
| **15043 2020 Nissan NV200 Van** | 31,000.00 | 15,636.00 | 15,364.00 | 13,386.09 | 1,977.91 | $ 16,517 | 3N6CM0KN3LK709039 | 54,375 | 2577298 | Ascentium Capital |
| **15044 2020 NISSAN NV200 (2021 Purchase)** | 24,267.90 | 13,275.00 | 10,992.90 | 15,567.98 | -4,575.08 | $ 16,490 | 3N6CM0KN3LK693991 | 45,888 | 2602584 | Ascentium Capital |
| **15045 2020 KIA Sorento (2021 Purchase)** | 38,882.68 | 20,351.00 | 18,531.68 | | 18,531.68 | $ 6,998 | 5XYPG4A38JG346206 | 121,195 | owned | |
| **15046 2021 KIA Sorento (2021 Purchase)** | 55,424.51 | 23,288.00 | 32,136.51 | | 32,136.51 | $ 30,672 | 5XYRKDLF3MG045054 | | owned | |
| **15050 2018 Ram Promaster** | 32,800.00 | 32,070.00 | 730.00 | | 730.00 | $ 12,101 | 3C6TRVBG0JE107639 | | owned | |
| **15051 2020 Volkswagen Atlas** | 41,266.00 | 4,813.00 | 36,453.00 | 27,008.91 | 9,444.09 | $ 29,692 | 1V2NE2CA7LC222785 | | 8141240802 | Volkswagon Credit |
| **15052 2017 Chevy Express Van - 0961** | 23,657.96 | 1,182.00 | 22,475.96 | 18,401.31 | 4,074.65 | $ 13,842 | 3N63M0ZN3HK720961 | 52,899 | 3410 | Auto Wholesale Company |
| **15053 2020 Nissan NV200 SV 2971** | 32,856.93 | 1,641.00 | 31,215.93 | 25,364.42 | 5,851.51 | $ 16,654 | 3N6CM0KN0LK702971 | 47,200 | 3542 | Auto Wholesale Company |
| **15054 2020 Nissan NV200 SV 4644** | 32,856.93 | 1,641.00 | 31,215.93 | 27,473.61 | 3,742.32 | $ 16,372 | 3N6CM0KN4LK704644 | 54,595 | 3550 | Auto Wholesale Company |
| **15055 2020 Nissan NV200 SV 4478** | 33,433.07 | 1,671.00 | 31,762.07 | 28,042.72 | 3,719.35 | $ 15,668 | 3N6CM0KN4LK704478 | 45,400 | 3548 | Auto Wholesale Company |
| **15056 2020 Mercedes Sprinter** | 72,120.45 | 3,606.00 | 68,514.45 | 61,289.98 | 7,224.47 | $ 45,137 | W2W4ECHY1LT024073 | 15,540 | 2.28262E+11 | Ally |
| **15057 2023 Land Rover** | 123,214.93 | 6,162.00 | 117,052.93 | 94,835.91 | 22,217.02 | $ 82,682 | SALE2FEU8P2206060 | 7,400 | 1.23173E+13 | Chase/Land Rover Financial |
| **Total 15000 Vehicles** | $ 867,534.32 | $ 399,577.27 | $ 467,957.05 | $ 356,548.95 | $ 111,408.10 | $ 401,702 | | | | |

| Debtor | **Kombu Kitchen SF LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**49.**     **Aircraft and accessories**

**50.**     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Kitchen equipment** | **$67,731.10** | **Liquidation** | **$5,418.49** |
| **Machinery and equipment** | **$397.84** | **Liquidation** | **$1,500.00** |
| **Cooking tools and supplies (smallware)** | **$0.00** | **Liquidation** | **$1,000.00** |

**51.**     **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

     **$409,620.49**

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No
   ☐ Yes

**53.**     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** **Multiple customer agreements with 30-day termination provisions** | **$0.00** | | **$0.00** |

**64.**     **Other intangibles, or intellectual property**

**65.**     **Goodwill**

**66.**     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

     **$0.00**

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | **Kombu Kitchen SF LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   **Note receivable from Dan Catullo**   | 17,000.00 | − | 0.00 | = | $17,000.00 |
   | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   | **$17,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **Kombu Kitchen SF LLC**                              Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $270,035.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,623.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $930,233.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $409,620.49 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,748,762.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,748,762.70 |

**Fill in this information to identify the case:**

Debtor name __**Kombu Kitchen SF LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

---

**2.1  Ally Bank**
Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8724**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 Mercedes Sprinter, #4073**

Describe the lien
**Loan and Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $59,640.69 | $45,137.00 |
|---|---|---|

---

**2.2  American Express**
**Business Blueprint**
Creditor's Name

**P.O. Box 981540**
**El Paso, TX 79998-1540**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2022**
**Last 4 digits of account number**
**4067**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All assets of Debtor (2nd position)**

Describe the lien
**UCC-1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

| | $122,300.00 | $0.00 |
|---|---|---|

---

| Debtor | **Kombu Kitchen SF LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **Ascentium Capital LLC**
Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7298**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Nissan NV 200 van, #9039**

**Describe the lien**
**Loan and Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,972.76 | $16,517.00

---

**2.4** | **Ascentium Capital LLC**
Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2584**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Nissan NV 200 van, #3991**

**Describe the lien**
**Loan and Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,217.98 | $0.00

---

**2.5** | **Ascentium Capital LLC**
Creditor's Name

**23970 US Highway 59 North**
**Kingwood, TX 77339**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Robocoup Mixer**

**Describe the lien**
**Loan and Security Agreement**
**Is the creditor an insider or related party?**
☐ No

$6,469.64 | $2,500.00

---

| Debtor | **Kombu Kitchen SF LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Auto Wholesale Company** | Describe debtor's property that is subject to a lien | $18,151.90 | $13,842.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Chevy van, #0961** | | |

**1013 N. Harbor Blvd.**
**Santa Ana, CA 92703**
Creditor's mailing address

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1017**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Auto Wholesale Company** | Describe debtor's property that is subject to a lien | $24,991.29 | $16,654.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Nissan NV200 van, #2971** | | |

**1013 N. Harbor Blvd.**
**Santa Ana, CA 92703**
Creditor's mailing address

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4220**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **Auto Wholesale Company** | Describe debtor's property that is subject to a lien | $27,100.48 | $16,372.00 |
|---|---|---|---|---|

---

| Debtor | **Kombu Kitchen SF LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

Creditor's Name

**2020 Nissan NV 200 van, #4644**

**1013 N. Harbor Blvd.**
**Santa Ana, CA 92703**

Creditor's mailing address

**Describe the lien**

**Loan and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5020**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Auto Wholesale Company** | | | |

Creditor's Name

Describe debtor's property that is subject to a lien
**2020 Nissan NV200 van, #4478**          $27,661.82          $15,668.00

**1013 N. Harbor Blvd.**
**Santa Ana, CA 92703**

Creditor's mailing address

**Describe the lien**

**Loan and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4820**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Land Rover Financial Group** | | | |

Creditor's Name

Describe debtor's property that is subject to a lien
**2023 Land Rover, #6060**          $94,834.91          $82,682.00

**700 Kansas Lane**
**Monroe, LA 71203-4774**

Creditor's mailing address

**Describe the lien**

**Loan and Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1405**

---

| Debtor | **Kombu Kitchen SF LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **U.S. Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $164,578.47 | $0.00 |
|---|---|---|---|---|

**801 Tom Martin Dr., Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**All assets of Debtor (1st position)**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2020**

**Last 4 digits of account number**
**7807**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Volkswagen Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $27,008.91 | $29,692.00 |
|---|---|---|---|---|

**P.O. Box 3**
**Hillsboro, OR 97123-0003**
Creditor's mailing address

**2020 Volkswagen Atlas, #2785**

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0802**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Wells Fargo Auto** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $11,514.45 | $12,000.00 |
|---|---|---|---|---|

**800 Walnut St.**
**Des Moines, IA 50309-3605**

**2019 Nissan NV200 van, #____**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

| Debtor | **Kombu Kitchen SF LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3390**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 4** | **Wells Fargo Auto**
Creditor's Name

**800 Walnut St.**
**Des Moines, IA 50309-3605**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Nissan NV 200 van, #0575**

$10,681.36      $10,290.00

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4765**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 5** | **Wells Fargo Auto**
Creditor's Name

**800 Walnut St.**
**Des Moines, IA 50309-3605**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Nissan NV 200 van, #1534**

$10,681.36      $10,681.36

**Describe the lien**
**Loan and Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4773**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor    **Kombu Kitchen SF LLC**                                     Case number (if known) _____
         Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Wells Fargo Auto** | | | $11,100.25 | $11,500.00 |

**Wells Fargo Auto**
Creditor's Name

**800 Walnut St.**
**Des Moines, IA 50309-3605**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3184**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

_____

**Describe debtor's property that is subject to a lien**
**2019 Nissan NV 200 van, #____**

**Describe the lien**
**Loan and Security Agreement**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$644,906.27**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Corporation System, Representative** **330 N. Brand Blvd., Suite 700** **ATTN: SPRS** **Glendale, CA 91203** | Line **2.2** | |
| **JP Morgan Chase Bank, N.A.** **201 N. Central Ave.** **Phoenix, AZ 85004-0073** | Line **2.10** | |
| **Kabbage** **925B Peachtree St. NE, Suite 1688** **Atlanta, GA 30309** | Line **2.2** | |
| **U.S. Small Business Administration** **Office of General Counsel** **312 N. Spring St., 5th Fl.** **Los Angeles, CA 90012** | Line **2.11** | |

---

**Fill in this information to identify the case:**

Debtor name   **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept of Tax and Fee Adm**<br>**Account Information Group MIC:29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$239,240.00** | **$239,240.00** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City and County of San Francisco**<br>**Office of Treasurer & Tax Collector**<br>**1 Dr. Carlton B. Goodlett Place**<br>**San Francisco, CA 94102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,426.64** | **$1,426.64** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Business tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Kombu Kitchen SF LLC**

Name                                                                    Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,389.78 | $69,389.78 |
|---|---|---|---|---|

**City and County of San Francisco**
**Office of Treasurer & Tax Collector**
**1 Dr. Carlton B. Goodlett Place**
**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**City health tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,708.90 | $1,708.90 |
|---|---|---|---|---|

**City Of Los Angeles**
**Business Tax**
**200 N. Spring St., Room 101**
**Los Angeles, CA 90021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Business tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,727.06 | $4,727.06 |
|---|---|---|---|---|

**City of Oakland Business Tax**
**Office**
**250 Frank H. Ogawa Plaza, #1320**
**Oakland, CA 94612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162,682.00 | $162,682.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll tax;**

Last 4 digits of account number **4460**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
■ Yes

---

| Debtor | **Kombu Kitchen SF LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,600.00 | $23,600.00 |
|---|---|---|---|---|

**Nevada Department of Taxation**
**1550 College Parkway, Suite 115**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2023** | **Sales tax** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aja de Courdeaux, et al.**
**c/o Infinity Law Group LLP**
**1020 Aileen St.**
**Lafayette, CA 94549**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019-2020**
Last 4 digits of account number  _

Basis for the claim:  **Disputed labor claims**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,225.00** |
|---|---|---|---|

**American Express**
**P.O. Box 297871**
**Fort Lauderdale, FL 33329-7812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Last used 9/2023**
Last 4 digits of account number  **1006**

Basis for the claim:  **Company credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,342.00** |
|---|---|---|---|

**Amtrust**
**2401 E. Katella Ave., Suite 550**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Insurance**

Is the claim subject to offset?  No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,340.00** |
|---|---|---|---|

**Aramark**
**2680 Palumbo Dr.**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Vendor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,959.71** |
|---|---|---|---|

**Auto-Chlor**
**1350 14th St.**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  **Vendor debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Kombu Kitchen SF LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$664.71** |
|---|---|---|---|

**Auto-Chlor System**
**530 Goetz Ave.**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.96** |
|---|---|---|---|

**Auto-Chlor System (LA)**
**4512 W. Jefferson Blvd.**
**Los Angeles, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Bank Of America**
**P.O. Box 15184**
**Wilmington, DE 19850-5184**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7282**

Basis for the claim:  **Company credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bent Caryl & Kroll, LLP**
**6300 Wilshire Blvd., Suite 1415**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**
Last 4 digits of account number _

Basis for the claim:  **Potential claim for legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bijan Jahromi & Sandra Jahromi**
**36532 Obaria Way**
**Lake Elsinore, CA 92532-2648**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

Basis for the claim:  **Personal injury claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,356.81** |
|---|---|---|---|

**Citi Cards**
**P.O. Box 6241**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7879**

Basis for the claim:  **Company credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jander Yat**
**749 24th St.**
**Richmond, CA 94804**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Potential employee claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kombu Kitchen SF LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Keven & Kristen Thibeault**
**8605 Santa Monica Blvd.**
**Suite 80878**
**West Hollywood, CA 90069**

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loans to corporation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00**

**Klean Tec Professional Services**
**1647 Willow Pass Rd., Suite 202**
**Concord, CA 94520**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,857.34**

**Lee & Associates**
**c/o Matthew Artukovich**
**5675 Telegraph Rd., Suite 300**
**Los Angeles, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lenard LeBlanc**
**2234 Chestnut St.**
**Oakland, CA 94607**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential employee claim**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,456.48**

**Los Angeles Dept. Water and Power**
**P.O. Box 30808**
**Los Angeles, CA 90030**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ma de Jesus Vergara, et al.**
**c/o Mallison & Martinez**
**1939 Harrison St., Suite 730**
**Oakland, CA 94612-3547**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Disputed labor claims**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matthew Harvey**
**15 Rodeo Ave., Apt. 2**
**Sausalito, CA 94965**

Date(s) debt was incurred __

Last 4 digits of account number __

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  **Potential claim from former employee**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Kombu Kitchen SF LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,975.00** |
|---|---|---|---|

**Newport Meat Company**
**48811 Warm Springs Blvd.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Ramp Card**
**71 5th Ave., 6th Fl.**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Last used 9/2023**

**Basis for the claim:   Company credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,345.63** |
|---|---|---|---|

**Stanley Produce**
**2088 Jerrold Ave.**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,080.00** |
|---|---|---|---|

**Sysco Corporation**
**1390 Enclave Pkwy.**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,765.99** |
|---|---|---|---|

**Union Resolute LLC**
**44 Lafayette Rd.**
**North Hampton, NH 03862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**West Coast Prime Meats**
**344 Cliffwood Park St.**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,149.45** |
|---|---|---|---|

**Worldwide Produce**
**P.O. Box 54399**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:   Vendor debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kombu Kitchen SF LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**ZenPayroll Inc dba Gusto**
**525 20th St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Vendor debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abramson Law Offices**<br>**11846 Ventura Blvd., Suite 100**<br>**Studio City, CA 91604** | Line __3.16__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Abramson Law Offices**<br>**11846 Ventura Blvd., Suite 100**<br>**Studio City, CA 91604** | Line __3.12__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **AmTrust North America**<br>**P.O. Box 89404**<br>**Cleveland, OH 44101** | Line __3.12__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Bent Caryl & Kroll, LLP**<br>**6300 Wilshire Blvd., Suite 1415**<br>**Los Angeles, CA 90048** | Line __3.1__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Bent Caryl & Kroll, LLP**<br>**6300 Wilshire Blvd., Suite 1415**<br>**Los Angeles, CA 90048** | Line __3.18__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Bijan Jahromi & Sandra Jahromi**<br>**170 Mountaineer Dr,**<br>**Rancho Mission Viejo, CA 92694-1643** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **James T. Shott & Associates**<br>**611 Anton Blvd., Suite 900**<br>**Costa Mesa, CA 92626-7684** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Law Offices of Joseph D. Ryan**<br>**3055 Wilshire Blvd., Suite 1120**<br>**Los Angeles, CA 90010** | Line __3.12__<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Samer Habbas & Associates**<br>**200 Spectrum Center, Suite 1230**<br>**Irvine, CA 92618** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.10 | **San Francisco Tax Collector**<br>**P.O. Box 7425**<br>**San Francisco, CA 94120** | Line __2.2__<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Kombu Kitchen SF LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 502,774.38 |
| 5b. Total claims from Part 2 | 5b. + | $ | 379,899.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 882,673.46 |

**Fill in this information to identify the case:**

Debtor name    **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month lease of premises at 2100 N. Boulder Hwy., Henderson, NV 89011** |
| State the term remaining | |
| List the contract number of any government contract | **4D Companies LLC**<br>**6290 McLeod Dr., Suite 110**<br>**Las Vegas, NV 89120** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of prermises at 2321 Filbert St., Oakland, CA 94607** |
| State the term remaining | **69 months** |
| List the contract number of any government contract | **Night Heron Oakland, LLC**<br>**333 Grant Ave., Suite 709**<br>**San Francisco, CA 94108** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4 Doublestack Ovens, 6' Charbroiler, (2) 40 Gallon tilt Skillets, Shelving, Tables, 60 Quart Hobart Mixer, Buffalo Shredder** |
| State the term remaining | **1 year** |
| List the contract number of any government contract | **Regents Capital**<br>**3200 Bristol St., Suite 400**<br>**Costa Mesa, CA 92626** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 1715 E. 21st St., Vernon, CA 90058** |
| State the term remaining | **40 months** |
| List the contract number of any government contract | **Royal Money, LLC**<br>**1107 S. Alvarado St. #102**<br>**Los Angeles, CA 90006** |

Debtor 1   **Kombu Kitchen SF LLC** _____    Case number (*if known*) _____

     First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**Fill in this information to identify the case:**

Debtor name   **Kombu Kitchen SF LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cynthia J. Stanfill** | **214 W. Marquita, Apt. B**<br>**San Clemente, CA 92672-9001** | **Bijan Jahromi &**<br>**Sandra Jahromi** | ☐ D _____<br>☑ E/F _**3.10**_<br>☐ G _____ |
| 2.2 | **Keven Thibeault** | **8605 Santa Monica Blvd.**<br>**Suite 80878**<br>**West Hollywood, CA 90069** | **American Express Business Blueprint** | ☑ D _**2.2**_<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Keven Thibeault** | **8605 Santa Monica Blvd.**<br>**Suite 80878**<br>**West Hollywood, CA 90069** | **Ma de Jesus Vergara, et al.** | ☐ D _____<br>☑ E/F _**3.18**_<br>☐ G _____ |
| 2.4 | **Keven Thibeault** | **8605 Santa Monica Blvd.**<br>**Suite 80878**<br>**West Hollywood, CA 90069** | **Aja de Courdeaux, et al.** | ☐ D _____<br>☑ E/F _**3.1**_<br>☐ G _____ |

| Debtor | **Kombu Kitchen SF LLC** | Case number (if known) | |

---

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Keven Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Ramp Card** | ☐ D _____  ■ E/F ___3.21___  ☐ G _____ |
| 2.6 | **Keven Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Bank Of America** | ☐ D _____  ■ E/F ___3.8___  ☐ G _____ |
| 2.7 | **Keven Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Citi Cards** | ☐ D _____  ■ E/F ___3.11___  ☐ G _____ |
| 2.8 | **Keven Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **American Express** | ☐ D _____  ■ E/F ___3.2___  ☐ G _____ |
| 2.9 | **Keven Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Land Rover Financial Group** | ■ D ___2.10___  ☐ E/F _____  ☐ G _____ |
| 2.10 | **Kristen Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Bijan Jahromi & Sandra Jahromi** | ☐ D _____  ■ E/F ___3.10___  ☐ G _____ |
| 2.11 | **Kristen Thibeault**  **8605 Santa Monica Blvd.**  **Suite 80878**  **West Hollywood, CA 90069** | **Ma de Jesus Vergara, et al.** | ☐ D _____  ■ E/F ___3.18___  ☐ G _____ |

| Debtor | **Kombu Kitchen SF LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 **Kristen Thibeault** | **8605 Santa Monica Blvd. Suite 80878 West Hollywood, CA 90069** | **Aja de Courdeaux, et al.** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.13 **Keven Thibeault** | **8605 Santa Monica Blvd. Suite 80878 West Hollywood, CA 90069** | **Night Heron Oakland, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.14 **Kristen Thibeault** | **8605 Santa Monica Blvd. Suite 80878 West Hollywood, CA 90069** | **Night Heron Oakland, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Kombu Kitchen SF LLC** _____ Case No. _____

Debtor(s)          Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................... $ **As allowed per Sections 327 and 330 of Bankruptcy Code**

   Prior to the filing of this statement I have received ..................... $ **101,738.00**

   Balance Due ...................................................................... $ **N/A**

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 1, 2023** _____          /s/ *Daniel J. Weintraub* _____

_Date_                                            **Daniel J. Weintraub**
                                                  *Signature of Attorney*

                                                  **Weintraub Zolkin Talerico & Selth LLP**

                                                  _____
                                                  *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Daniel J. Weintraub 132111
11766 Wilshire Boulevard
Suite 450
Los Angeles, CA 90025
(310) 207-1494 Fax: (310) 442-0660
California State Bar Number: 132111 CA
dweintraub@wztslaw.com

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Kombu Kitchen SF LLC

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **November 1, 2023**

*BMChu, CEO*

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **November 1, 2023**

 /s/ Daniel J. Weintraub

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Kombu Kitchen SF LLC
8506 Santa Monica Blvd., Suite 80878
West Hollywood, CA 90069


Daniel J. Weintraub
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Boulevard
Suite 450
Los Angeles, CA 90025


4D Companies LLC
6290 McLeod Dr., Suite 110
Las Vegas, NV 89120


Abramson Law Offices
11846 Ventura Blvd., Suite 100
Studio City, CA 91604


Aja de Courdeaux, et al.
c/o Infinity Law Group LLP
1020 Aileen St.
Lafayette, CA 94549


Ally Bank
P.O. Box 380902
Bloomington, MN 55438-0902


American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7812


American Express Business Blueprint
P.O. Box 981540
El Paso, TX 79998-1540

Amtrust
2401 E. Katella Ave., Suite 550
Anaheim, CA 92806


AmTrust North America
P.O. Box 89404
Cleveland, OH 44101


Aramark
2680 Palumbo Dr.
Lexington, KY 40509


Ascentium Capital LLC
23970 US Highway 59 North
Kingwood, TX 77339


Auto Wholesale Company
1013 N. Harbor Blvd.
Santa Ana, CA 92703


Auto-Chlor
1350 14th St.
Oakland, CA 94607


Auto-Chlor System
530 Goetz Ave.
Santa Ana, CA 92707


Auto-Chlor System (LA)
4512 W. Jefferson Blvd.
Los Angeles, CA 90016

Bank Of America
P.O. Box 15184
Wilmington, DE 19850-5184


Bent Caryl & Kroll, LLP
6300 Wilshire Blvd., Suite 1415
Los Angeles, CA 90048


Bijan Jahromi & Sandra Jahromi
36532 Obaria Way
Lake Elsinore, CA 92532-2648


Bijan Jahromi & Sandra Jahromi
170 Mountaineer Dr,
Rancho Mission Viejo, CA 92694-1643


California Dept of Tax and Fee Adm
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


Citi Cards
P.O. Box 6241
Sioux Falls, SD 57117


City and County of San Francisco
Office of Treasurer & Tax Collector
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102


City Of Los Angeles
Business Tax
200 N. Spring St., Room 101
Los Angeles, CA 90021

City of Oakland Business Tax Office
250 Frank H. Ogawa Plaza, #1320
Oakland, CA 94612


CT Corporation System, Representative
330 N. Brand Blvd., Suite 700
ATTN: SPRS
Glendale, CA 91203


Cynthia J. Stanfill
214 W. Marquita, Apt. B
San Clemente, CA 92672-9001


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James T. Shott & Associates
611 Anton Blvd., Suite 900
Costa Mesa, CA 92626-7684


Jander Yat
749 24th St.
Richmond, CA 94804


JP Morgan Chase Bank, N.A.
201 N. Central Ave.
Phoenix, AZ 85004-0073


Kabbage
925B Peachtree St. NE, Suite 1688
Atlanta, GA 30309

Keven & Kristen Thibeault
8605 Santa Monica Blvd.
Suite 80878
West Hollywood, CA 90069


Keven Thibeault
8605 Santa Monica Blvd.
Suite 80878
West Hollywood, CA 90069


Klean Tec Professional Services
1647 Willow Pass Rd., Suite 202
Concord, CA 94520


Kristen Thibeault
8605 Santa Monica Blvd.
Suite 80878
West Hollywood, CA 90069


Land Rover Financial Group
700 Kansas Lane
Monroe, LA 71203-4774


Law Offices of Joseph D. Ryan
3055 Wilshire Blvd., Suite 1120
Los Angeles, CA 90010


Lee & Associates
c/o Matthew Artukovich
5675 Telegraph Rd., Suite 300
Los Angeles, CA 90040


Lenard LeBlanc
2234 Chestnut St.
Oakland, CA 94607

Los Angeles Dept. Water and Power
P.O. Box 30808
Los Angeles, CA 90030

Ma de Jesus Vergara, et al.
c/o Mallison & Martinez
1939 Harrison St., Suite 730
Oakland, CA 94612-3547

Matthew Harvey
15 Rodeo Ave., Apt. 2
Sausalito, CA 94965

Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

Newport Meat Company
48811 Warm Springs Blvd.
Fremont, CA 94539

Night Heron Oakland, LLC
333 Grant Ave., Suite 709
San Francisco, CA 94108

Ramp Card
71 5th Ave., 6th Fl.
New York, NY 10003

Regents Capital
3200 Bristol St.., Suite 400
Costa Mesa, CA 92626

Royal Money, LLC
1107 S. Alvarado St. #102
Los Angeles, CA 90006


Samer Habbas & Associates
200 Spectrum Center, Suite 1230
Irvine, CA 92618


San Francisco Tax Collector
P.O. Box 7425
San Francisco, CA 94120


Stanley Produce
2088 Jerrold Ave.
San Francisco, CA 94124


Sysco Corporation
1390 Enclave Pkwy.
Houston, TX 77077


U.S. Small Business Administration
801 Tom Martin Dr., Suite 120
Birmingham, AL 35211


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012


Union Resolute LLC
44 Lafayette Rd.
North Hampton, NH 03862

Volkswagen Credit
P.O. Box 3
Hillsboro, OR 97123-0003


Wells Fargo Auto
800 Walnut St.
Des Moines, IA 50309-3605


West Coast Prime Meats
344 Cliffwood Park St.
Brea, CA 92821


Worldwide Produce
P.O. Box 54399
Los Angeles, CA 90054


ZenPayroll Inc dba Gusto
525 20th St
San Francisco, CA 94107