Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Catherine Y. Liu – Bar #227762
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 450
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dweintraub@wztslaw.com
Email: jselth@wztslaw.com
Email: cliu@wztslaw.com

[Proposed] General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL, a California limited liability company,<br><br><br>Debtor and Debtor in Possession. | Case No.  2:23-bk-17276-SK<br><br>Chapter 11<br><br>Subchapter V<br><br>**NOTICE OF FILING OF FINANCIAL DOCUMENTS IN COMPLIANCE WITH 11 U.S.C. § 1116; DECLARATION OF KEVEN THIBEAULT IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

STATEMENT OF COMPLIANCE
WITH 11 U.S.C. § 1116 - FINANCIALS

KOMBU KITCHEN SF, LLC, dba NIBLL, a California limited liability company, the Chapter 11 Debtor and Debtor in Possession ("Kombu" or the "Debtor") in the pending Chapter 11, Subchapter V case identified as *In re Kombu Kitchen SF, LLC, dba NIBLL,* Bankruptcy Case Number 2:23-bk-17276-SK (the "Bankruptcy Case"), hereby submits its most recent profit and loss statement, balance sheet, and cash-flow statement, pursuant to 11 U.S.C. § 1116. *See* Declaration of Keven Thibeault appended hereto.

DATED:  November 8, 2023      **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By:   */s/ James R. Selth*
      Daniel J. Weintraub
      James R. Selth
      Catherine Y. Liu
[Proposed] General Bankruptcy Counsel for
Chapter 11 Debtor and Debtor in Possession
KOMBU KITCHEN SF, LLC, dba NIBLL

## DECLARATION OF KEVEN THIBEAULT

I, Keven Thibeault, declare as follows:

1. I am the Chief Executive Officer of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. I am an individual over the age of eighteen. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On November 1, 2023, the Debtor commenced this Bankruptcy Case by filing a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code. The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. Mark Sharf has been appointed as the Subchapter V Trustee in the Bankruptcy Case.

3. Attached hereto as **Exhibit 1** are true and correct copies of the Debtor's most recent profit and loss statement, balance sheet and cash flow statement, for the period January 1, 2023 through July 31, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of November, 2023, at Los Angeles, California

_/s/ Keven Thibeault_
Keven Thibeault

# EXHIBIT 1

**Kombu Kitchen SF LLC**
**Profit and Loss**
January - July, 2023

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Total |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| 43000 Online Sales - Stripe | | | | | | 536.73 | 44,092.65 | 44,629.38 |
| 43500 Sales of Product Income | 8,527.86 | 8,386.68 | 8,774.94 | 8,955.56 | 13,004.20 | 7,203.29 | 6,400.16 | 61,252.69 |
| 44500 Services | 890,441.07 | 801,961.15 | 858,474.39 | 692,948.38 | 806,121.67 | 753,458.09 | 1,074,794.31 | 5,878,199.06 |
| 45000 Sales Discounts | | | -500.00 | -500.00 | -17,480.74 | | | -18,480.74 |
| 47000 Add On Catering Services | | | 6,562.37 | | 16,443.92 | 2,037.59 | | 25,043.88 |
| **Total Income** | $ 898,968.93 | $ 810,347.83 | $ 873,311.70 | $ 701,403.94 | $ 818,089.05 | $ 763,235.70 | $ 1,125,287.12 | $ 5,990,644.27 |
| **Cost of Goods Sold** | | | | | | | | |
| 51000 Direct Materials | 228,403.63 | 223,736.61 | 237,800.92 | 202,254.88 | 263,816.17 | 268,440.48 | 315,155.17 | 1,739,607.86 |
| 51400 Restaurant Supplies | 1,385.69 | 6,411.64 | 1,812.40 | 3,553.41 | 903.65 | 10,065.30 | 10,813.67 | 34,945.76 |
| 51450 Uniforms | 12,067.64 | 9,993.18 | 7,388.69 | 6,085.03 | 8,241.60 | 8,037.80 | 16,829.34 | 68,643.28 |
| 51460 San Francisco Health Care | 8,527.86 | 8,386.68 | 8,774.94 | 8,955.56 | 13,004.20 | 7,203.29 | 6,400.16 | 61,252.69 |
| 52000 Direct Labor | 206,173.27 | 271,978.77 | 216,312.77 | 238,981.61 | 267,971.65 | 251,533.73 | 330,406.80 | 1,783,358.60 |
| 53000 Events | | 155.92 | 563.02 | 103.62 | 3,897.01 | 599.14 | 13,712.47 | 19,031.18 |
| 54010 Kitchen Cleaning and Maintenance | 4,431.65 | 4,045.54 | 6,523.24 | 3,630.17 | 4,297.58 | 5,190.17 | 5,718.80 | 33,837.15 |
| **Total Cost of Goods Sold** | $ 460,989.74 | $ 524,708.34 | $ 479,175.98 | $ 463,564.28 | $ 562,131.86 | $ 551,069.91 | $ 699,036.41 | $ 3,740,676.52 |
| **Gross Profit** | $ 437,979.19 | $ 285,639.49 | $ 394,135.72 | $ 237,839.66 | $ 255,957.19 | $ 212,165.79 | $ 426,250.71 | $ 2,249,967.75 |
| **Expenses** | | | | | | | | |
| 60000 Payroll Expenses | 128,380.46 | 110,860.56 | 74,477.18 | 72,128.35 | 80,661.56 | 47,774.54 | 73,993.92 | 588,276.57 |
| 61000 Other HR Costs | 79.50 | 1,325.00 | | | | | 149.00 | 1,553.50 |
| 62000 Professional Fees | 20,823.10 | 49,433.27 | 19,220.53 | 22,740.33 | 23,938.37 | 21,677.83 | 43,255.33 | 201,088.76 |
| 63000 Facilities Expense | 102,462.15 | 111,448.94 | 102,757.25 | 102,922.90 | 114,106.36 | 120,860.66 | 118,697.11 | 773,255.37 |
| 64000 Vehicle Expenses | 10,527.89 | 14,318.15 | 31,273.15 | 19,001.81 | 18,714.73 | 32,826.61 | 15,677.87 | 142,340.21 |
| 65000 Travel Expense | 10,247.06 | 10,133.34 | 6,292.72 | 25,871.98 | 27,993.08 | 12,639.54 | 37,179.62 | 130,357.34 |
| 66000 Marketing | 431.67 | 4,262.98 | 11,070.94 | 5,164.86 | 4,073.05 | 4,904.78 | 3,792.21 | 33,700.49 |
| 67000 Technology | 33,810.35 | 34,041.02 | 32,954.92 | 31,427.96 | 14,159.72 | 23,162.13 | 15,279.74 | 184,835.84 |
| 68000 Insurance Expense | 22,721.78 | 24,332.59 | 31,493.44 | 49,174.55 | 25,220.18 | 25,893.31 | 26,981.70 | 205,817.55 |
| 69000 Commercial Costs | 1,909.11 | 1,149.47 | 2,253.76 | 1,782.52 | 5,650.29 | 6,131.78 | 3,219.21 | 22,096.14 |
| 71000 Depreciation Expense | 13,030.00 | 13,717.00 | 13,348.00 | 13,348.00 | 13,349.00 | 18,650.00 | 18,650.00 | 104,092.00 |
| 78000 Other Operating Expense | 116.00 | 90.90 | 89.62 | 17.00 | 17.70 | 20.00 | 20.00 | 371.22 |
| 79000 Tax Expense | 1,139.44 | 7,779.31 | 9,796.89 | 938.89 | 1,644.63 | -7,650.05 | 1,419.40 | 15,068.51 |
| **Total Expenses** | $ 345,678.51 | $ 382,892.53 | $ 335,028.40 | $ 344,519.15 | $ 329,528.67 | $ 306,891.13 | $ 358,315.11 | $ 2,402,853.50 |
| **Net Operating Income** | $ 92,300.68 | -$ 97,253.04 | $ 59,107.32 | -$ 106,679.49 | -$ 73,571.48 | -$ 94,725.34 | $ 67,935.60 | -$ 152,885.75 |
| **Other Income** | | | | | | | | |
| 80200 Other income | | 37.36 | 32.58 | 67.39 | 28.60 | 19.95 | 27.34 | 213.22 |
| 80400 Rental Income | | | | | | | 0.00 | 0.00 |
| 80700 Gain on Insurance Proceeds | | | 17,437.66 | | | | | 17,437.66 |
| **Total Other Income** | $ 0.00 | $ 37.36 | $ 17,470.24 | $ 67.39 | $ 28.60 | $ 19.95 | $ 27.34 | $ 17,650.88 |
| **Other Expenses** | | | | | | | | |
| 90100 Interest Expense | 5,510.50 | 2,244.16 | 2,250.22 | 2,693.16 | 2,106.32 | 2,437.86 | 4,653.64 | 21,895.86 |
| 90200 Charitable Contributions | | | 195.00 | | | | | 195.00 |
| 90500 Settlement Payments | | 35,000.00 | | 15,000.00 | | | | 50,000.00 |
| **Total Other Expenses** | $ 5,510.50 | $ 37,244.16 | $ 2,445.22 | $ 17,693.16 | $ 2,106.32 | $ 2,437.86 | $ 4,653.64 | $ 72,090.86 |
| **Net Other Income** | -$ 5,510.50 | -$ 37,206.80 | $ 15,025.02 | -$ 17,625.77 | -$ 2,077.72 | -$ 2,417.91 | -$ 4,626.30 | -$ 54,439.98 |
| **Net Income** | $ 86,790.18 | -$ 134,459.84 | $ 74,132.34 | -$ 124,305.26 | -$ 75,649.20 | $ 97,143.25 | $ 63,309.30 | -$ 207,325.73 |

# Kombu Kitchen SF LLC
## Balance Sheet
**July, 2023**

|  | Jul 2023 | Dec 31, 2022 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
|   **Bank Accounts** | | |
|     10011 Bank of America Business Savings (9538) | 199.07 | 199.07 |
|     10013 Chase Saving (9783) | 418.77 | 418.77 |
|     10015 Banc of California (9268) | 150,564.10 | 150,564.10 |
|     10016 Banc of California (7773) | 155,152.07 | 605,152.07 |
|     10020 Bank of America (1658) | 526.17 | 100,526.17 |
|     10021 Bank of America (8107) | 47,008.37 | 32,594.48 |
|     10022 Bank of America (8110) | 119,248.03 | 125,274.79 |
|     1072 Bill.com Money Out Clearing | 0.00 | 0.00 |
|   **Total Bank Accounts** | **$ 473,116.58** | **$ 1,014,729.45** |
|   **Accounts Receivable** | | |
|     11000 Accounts Receivable (A/R) | 724,792.17 | 615,584.91 |
|     Allowance for Doubtfull Accounts | | |
|   **Total Accounts Receivable** | **$ 724,792.17** | **$ 615,584.91** |
|   **Other Current Assets** | | |
|     10018 Tax Refund Receivable - Cares Tax Credit | 435,247.71 | 440,496.36 |
|     11020 Other Receivables | 0.00 | 0.00 |
|     11025 Note Receivable | 17,000.00 | 17,000.00 |
|     11501 Prepaid Rent | 17,100.00 | 12,500.00 |
|     11502 Prepaid Insurance | 0.00 | 0.00 |
|     11503 Prepaid Expense | 5,984.46 | 30,943.31 |
|     12000 Undeposited Funds | 0.00 | 0.00 |
|     13000 Employee Advance | 3,200.00 | 3,200.00 |
|     13500 Loan to Shareholder | 0.00 | 0.00 |
|       13502 Interest on Shareholder Loan | 0.00 | 0.00 |
|     **Total 13500 Loan to Shareholder** | **$ 0.00** | **$ 0.00** |
|   **Total Other Current Assets** | **$ 478,532.17** | **$ 504,139.67** |
| **Total Current Assets** | **$ 1,676,440.92** | **$ 2,134,454.03** |
| **Fixed Assets** | | |
|   14000 Lease Hold Improvements | 277,827.87 | 277,827.87 |
|   14001 Lease Equipment | 143,202.12 | 143,202.12 |
|   14505 Computer Equipment | 9,269.93 | 9,269.93 |
|   14510 Kitchen Equipment | 157,403.10 | 150,858.04 |
|   14515 Machinery & Equipment | 15,669.84 | 15,669.84 |
|   14520 Other Equipment | 6,413.25 | 6,413.25 |
|   14525 Furniture & Fixtures | 17,830.09 | 17,830.09 |
|   14530 Smallwares | 1,837.48 | 1,837.48 |
|   15000 Vehicles | 0.00 | |
|     15002 2018 Kia Sorento LX/L | 28,073.75 | 28,073.75 |
|     15005 2018 Kia Soul (I) | 22,246.28 | 22,246.28 |
|     15006 2018 Kia Soul (II) | 22,246.28 | 22,246.28 |

| | | |
|---|---:|---:|
| **15030 Nissan NV200 Van** | 35,344.08 | 35,344.08 |
| **15031 2015 Nissan NV200** | 18,216.29 | 18,216.29 |
| **15032 2016 Nissan NV200** | 16,408.42 | 16,408.42 |
| **15033 2017 Nissan NV 200 S Van - 5198** | 16,923.98 | 16,923.98 |
| **15034 2018 Nissan NV 200 S Van - 0419** | 20,203.66 | 20,203.66 |
| **15035 2018 Nissan NV 200 S Van - 5202** | 20,032.14 | 20,032.14 |
| **15036 2018 Nissan NV 200 S Van - 0625** | 19,535.05 | 19,535.05 |
| **15037 2018 Nissan NV 200 S Van -7899** | 20,310.73 | 20,310.73 |
| **15038 2019 Nissan S Van 4D - 3014** | 0.00 | 22,113.35 |
| **15039 2019 Nissan S Van 4D-0575** | 21,840.23 | 21,840.23 |
| **15040 2019 Nissan S Van 4D - 1534** | 21,840.23 | 21,840.23 |
| **15041 2019 Nissan NV200 Van** | 20,876.98 | 20,876.98 |
| **15042 2019 Nissan NV200 Van 3390** | 21,654.86 | 21,654.86 |
| **15043 2020 Nissan NV200 Van** | 31,000.00 | 31,000.00 |
| **15044 2020 NISSAN NV200 (2021 Purchase)** | 24,267.90 | 24,267.90 |
| **15045 2018 KIA Sorento (2021 Purchase)** | 38,882.68 | 38,882.68 |
| **15046 2021 KIA Sorento (2021 Purchase)** | 55,424.51 | 55,424.51 |
| **15050 2018 Ram Promaster** | 32,800.00 | 32,800.00 |
| **15051 2020 Volkswagen Atlas** | 41,266.00 | |
| **15052 2017 Chevy Express Van - 3410** | 23,657.96 | |
| **15053 2020 Nissan NV200 SV - 3542** | 32,856.93 | |
| **15054 2020 Nissan NV200 SV 3550** | 32,856.93 | |
| **15055 2020 Nissan NV200 SV 3548** | 33,433.07 | |
| **15056 2020 Mercedes Sprinter** | 72,120.45 | |
| **15057 2023 Land Rover** | 123,214.93 | |
| **Total 15000 Vehicles** | $ 867,534.32 | $ 530,241.40 |
| **17500 Accumulated Depreciation** | -763,251.47 | -673,166.47 |
| **Total Fixed Assets** | $ 733,736.53 | $ 479,983.55 |
| **Other Assets** | | |
| **18000 Security Deposits - Summary** | 0.00 | |
| **18001 Security Deposits Asset - Main** | 126,856.56 | 119,256.56 |
| **18002 Security Deposit LADWP, SoCalGas** | 24,698.00 | 24,698.00 |
| **18100 Security Deposit with Wex Bank for gas purchases** | 2,000.00 | 2,000.00 |
| **Total 18000 Security Deposits - Summary** | $ 153,554.56 | $ 145,954.56 |
| **Total Other Assets** | $ 153,554.56 | $ 145,954.56 |
| **TOTAL ASSETS** | $ 2,563,732.01 | $ 2,760,392.14 |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **20000 Accounts Payable** | 170,539.49 | 185,464.13 |
| **Total Accounts Payable** | $ 170,539.49 | $ 185,464.13 |
| **Credit Cards** | | |
| **21001 American Express @Work 31006** | -281,978.31 | -84,395.16 |
| **21001.2 Amex @Work Keven 5015** | 209,668.04 | 94,496.88 |
| **21001.7 Amex @ Work Kristen 4042** | 120,648.60 | 20,329.58 |
| **Total 21001 American Express @Work 31006** | $ 48,338.33 | $ 30,431.30 |
| **21002 American Express Gold (4005)** | 26,537.06 | 18,564.12 |

| | | |
|---|---:|---:|
| **21002.01 Keven 55002** | -141,117.68 | -141,117.68 |
| **21002.02 Marcos 52165** | 7,785.59 | 7,785.59 |
| **21002.03 Alfonso 52025** | 38,779.23 | 38,779.23 |
| **21002.04 Robert 51373** | 48,394.53 | 48,394.53 |
| **21002.05 Kristen 52041** | 32,446.40 | 32,446.40 |
| **21002.06 Matt 51381** | 16,480.99 | 16,480.99 |
| **21002.07 Hakeem 51282** | 1,746.91 | 1,746.91 |
| **Total 21002 American Express Gold (4005)** | $ 31,053.03 | $ 23,080.09 |
| **21003 Amex 01009** | 6,242.20 | 344.28 |
| **21005 Bank of America (7282) - Payments** | -16,107.01 | -3,381.12 |
|   **21005.1 Bank of America (7019) - Purchases** | 18,526.04 | 12,485.97 |
|   **BofA Credit Card 3834** | 4,452.67 | |
|   **Credit Card** | -2,000.00 | |
| **Total 21005 Bank of America (7282) - Payments** | $ 4,871.70 | $ 9,104.85 |
| **21008 Amex 61001 Kristen** | 3,360.45 | 3,021.75 |
| **21010 Citi Bank** | 4,539.82 | 1,219.05 |
| **21021 Chase Bank (3757)** | 11,505.89 | 1,555.13 |
| **21040 Barclay Card** | 3,175.89 | 775.19 |
| **21055 Target Card New** | 4,072.98 | 1,162.18 |
| **21070 Wex -3104** | 0.00 | 0.00 |
| **21080 Brex Account** | 0.00 | -16.58 |
| **21085 Ramp Card** | 24,307.28 | 33,782.03 |
| **Chase Card (2129)** | 0.00 | |
| **Chase Card 8939** | 1,069.91 | |
| **Synchrony Amazon Card 8812** | 780.70 | |
| **Total Credit Cards** | $ 143,318.18 | $ 104,459.27 |
| **Other Current Liabilities** | | |
|   **21500 Deferred Liabilities** | 0.00 | |
|     **21505 Deferred Revenue** | 0.00 | 348,626.40 |
|     **21510 Deferred Rent** | 0.00 | 0.00 |
|     **21515 Unearned Rent** | 0.00 | 0.00 |
|   **Total 21500 Deferred Liabilities** | $ 0.00 | $ 348,626.40 |
|   **22000 Security Deposits** | 0.00 | |
|     **22001 Security Deposit - My Green Inc** | 10,000.00 | 10,000.00 |
|     **22006 Security Deposit - K Bop LLC** | 1,500.00 | 1,500.00 |
|     **22008 Security Deposit - Top Notch** | 21,045.00 | |
|     **22010 Banquet Deposits** | 0.00 | 0.00 |
|   **Total 22000 Security Deposits** | $ 32,545.00 | $ 11,500.00 |
|   **22500 Other Accrued** | 0.00 | 0.00 |
|     **22505 LA Business Tax Payable** | 1,708.90 | 3,568.83 |
|     **22506 Oakland Business Tax Payable** | 4,727.06 | |
|     **22507 San Francisco Business Tax Payable** | 1,248.31 | |
|     **22510 Accrued Bonuses** | 0.00 | 0.00 |
|     **22515 San Francisco Health Mandate** | 61,252.69 | |
|     **22520 Accrued Payroll** | 0.00 | 0.00 |
|     **22521 Payroll Clearing** | 0.00 | 0.00 |
|     **22522 Payroll Tax Payable** | 129,497.60 | 129,497.60 |
|       **22523.1 Deferred Social Security under CARES Act** | 33,184.87 | 33,184.87 |

| | | | |
|---|---:|---:|---:|
| 22528 CA State Income Tax | | 0.00 | 0.00 |
| 22555 401(k) Payable | | 0.00 | 0.00 |
| **Total 22522 Payroll Tax Payable** | $ | 162,682.47 $ | 162,682.47 |
| 22527 SF Sick Accrual | | 0.00 | 0.00 |
| 22540 Employee Tips Payable | | 0.00 | 0.00 |
| 22550 Garnishments payable | | 0.00 | 0.00 |
| 22560 Gift Card Payable | | 0.00 | 0.00 |
| 22570 Income Tax Accrual | | 0.00 | 0.00 |
| 22595 Accrued Expenses | | 144,329.80 | 115,510.16 |
| **Total 22500 Other Accrued** | $ | 375,949.23 $ | 281,761.46 |
| 23000 Loans Payable | | 0.00 | |
| 23005 Amex Business LOC | | 125,375.00 | 137,500.00 |
| 23020 PPP Loan | | 0.00 | 0.00 |
| **Total 23000 Loans Payable** | $ | 125,375.00 $ | 137,500.00 |
| 24100 Sales Tax Payable. | | 0.00 | 0.00 |
| 24129 special tax Payable | | 0.00 | 0.00 |
| 24150 IRS Payable | | 0.00 | 0.00 |
| 24175 California Department of Tax and Fee Administration Payable | | 120,219.68 | 110,874.15 |
| 24180 CA Sales Tax Prepayments | | 0.00 | 0.00 |
| Inactive | | 0.00 | 0.00 |
| **Total 24100 Sales Tax Payable.** | $ | 120,219.68 $ | 110,874.15 |
| 24200 Nevada Department of Taxation Payable | | 11,315.36 | 20,744.13 |
| 25000 Other Current Liabilities | | 0.00 | 0.00 |
| 25001 Lease Liability - CPC (Ascentium) | | 6,731.00 | 8,612.17 |
| 25005 Lease Buy Out - Regents Capital | | 14,165.60 | 22,664.96 |
| 25500 Customer Deposits | | 0.00 | 0.00 |
| 25600 Financed Payables | | 0.00 | 0.00 |
| 25900 Suspense | | 0.00 | 0.00 |
| **Total 25000 Other Current Liabilities** | $ | 20,896.60 $ | 31,277.13 |
| Out Of Scope Agency Payable | | 0.00 | 0.00 |
| **Total Other Current Liabilities** | $ | 686,300.87 $ | 942,283.27 |
| **Total Current Liabilities** | $ | 1,000,158.54 $ | 1,232,206.67 |
| **Long-Term Liabilities** | | | |
| 27000 Vehicle Loans | | 0.00 | |
| 27001 Kia Finance (1905) | | 0.00 | 0.00 |
| 27002 2018 Kia Sorento (9857) | | 0.00 | 0.00 |
| 27003 Kia Finance (2119) | | 0.00 | 0.00 |
| 27030 NMAC Financial (0436) | | 0.00 | 0.00 |
| 27031 NMAC Financial (3464) | | 0.00 | 0.00 |
| 27032 Nissan Van 4674 | | 0.00 | 13,560.73 |
| 27033 Wells Fargo Nissan Van 4765 | | 11,277.24 | 13,393.47 |
| 27034 Wells Fargo Nissan Van 4773 | | 11,277.24 | 13,393.47 |
| 27035 Wells Fargo 2019 NISSAN NV200 3184 | | 11,662.00 | 13,637.90 |
| 27036 Wells Fargo 2019 NISSAN NV200 3390 | | 12,097.10 | 14,146.48 |
| 27037 Ascentium Capital Nissan Van 2849 | | 13,799.42 | 16,571.21 |
| 27038 Ascentium Capital Nissan NV200 2584 | | 15,917.98 | 18,432.22 |
| 27039 Chase KIA 2018 Sorento (4417) | | 0.00 | 0.00 |
| 27040 Kia Finance 2021 Sorento (2537) | | 0.00 | 0.00 |

| | | |
|---|---:|---:|
| **27041 Ascentium Capital Isuzu Van (4367)** | 0.00 | 0.00 |
| **27051 Volkswagen Credit 2020 Atlas** | 27,905.04 | |
| **27052 Auto Wholesale Co - 2017 Chevy Van 3410** | 18,401.31 | |
| **27053 Auto Wholesale Co - 2020 Nissan NV200 3542** | 27,473.61 | |
| **27054 Auto Wholesale Co - 2020 Nissan NV200 3550** | 27,473.61 | |
| **27055 Auto Wholesale Co - 2020 Nissan NV200 3548** | 28,042.72 | |
| **27056 Ally Bank - 2020 Mercedes Sprinter** | 61,289.98 | |
| **27057 Chase - Land Rover Financial** | 96,824.53 | |
| **27090 Ally Bank Ram Hulk (1398)** | 0.00 | 0.00 |
| **Total 27000 Vehicle Loans** | $ 363,441.78 | $ 103,135.48 |
| **28000 Notes Payable** | 0.00 | |
|   **28020 Restaurant Grant Payable** | 0.00 | 0.00 |
|   **28050 SBA Loan** | 0.00 | |
|     **28010 SBA Original Loan Principal** | 150,000.00 | 164,235.34 |
|     **28012 SBA Loan Accrued Interest** | 16,040.47 | |
|   **Total 28050 SBA Loan** | $ 166,040.47 | $ 164,235.34 |
| **Total 28000 Notes Payable** | $ 166,040.47 | $ 164,235.34 |
| **Total Long-Term Liabilities** | $ 529,482.25 | $ 267,370.82 |
| **Total Liabilities** | $ 1,529,640.79 | $ 1,499,577.49 |
| **Equity** | | |
|   **30000 Shareholder Distributions** | -1,024,770.47 | -1,005,372.77 |
|   **32000 Retained Earnings** | 2,266,187.42 | 1,439,895.95 |
|   **39000 Opening Balance Equity** | 0.00 | 0.00 |
|   **Net Income** | -207,325.73 | 826,291.47 |
| **Total Equity** | $ 1,034,091.22 | $ 1,260,814.65 |
| **TOTAL LIABILITIES AND EQUITY** | $ 2,563,732.01 | $ 2,760,392.14 |

**Kombu Kitchen SF LLC**
**Statement of Cash Flow**
**YTD July 2023**

| | |
|---|---:|
| Net loss | -207,325.73 |
| Depreciation | 104,092.00 |
| Change in current assets | -83,599.76 |
| Change in current liabilities | -232,048.13 |
| Net operating cash flow | -418,881.62 |
| <u>Investing activities:</u> | |
| Capital expenditiures less trade in | -356,039.85 |
| Security deposits | -7,600.00 |
| <u>Financing activities:</u> | |
| Vehicle loans | 294,407.27 |
| Debt service | -34,100.97 |
| Owner distributions | -19,397.70 |
| Net cash flow | -541,612.87 |
| Cash at the beginning of the year | 1,014,729.45 |
| Cash at July 31, 2023 | 473,116.58 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    11766 Wilshire Blvd, Suite 450, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Filing of Financial Documents in Compliance with 11 U.S.C. 1116; Declaration of Keven Thibeault in Support Thereof,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 23-01, the requirement to deliver judges' copies of documents to chambers (LBR 5005-2(d)) continues to be temporarily suspended, except for documents over 25 pages including exhibits.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 7, 2023 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**  **Case No. 2:23-bk-17276-SK**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

   - <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Daniel J. Weintraub, James R. Selth, Catherine Liu**:
     dweintraub@wztslaw.com; jselth@wztslaw.com; cliu@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
   - <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
   - <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
   - <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov;  **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**