Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Catherine Y. Liu – Bar #227762
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 450
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dweintraub@wztslaw.com
Email: jselth@wztslaw.com
Email: cliu@wztslaw.com

[Proposed] General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL



**FILED & ENTERED**

**NOV 09 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-17276-SK |
| KOMBU KITCHEN SF LLC, dba NIBLL, a California limited liability company, | Chapter 11 |
| | Subchapter V |
| Debtor and Debtor In Possession. | **INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING ON AN UNSECURED BASIS** |
| | Hearing: |
| | Date:       November 8, 2023
Time:       9:00 a.m.
Courtroom: 1575
              255 East Temple St.
              Los Angeles, CA 90012 |

On November 8, 2023 at 9:00 a.m., the Court heard the *Debtor's Emergency Motion of Debtor and Debtor In Possession for Order Authorizing Debtor to Obtain Post-Petition Financing on an Unsecured Basis* ("Motion") [Dkt. No. 9] filed by KOMBU KITCHEN SF, LLC, dba NIBLL, a California limited liability company, the Chapter 11 Debtor and Debtor in Possession ("Kombu" or the "Debtor"), in the pending Chapter 11, Subchapter V bankruptcy case herein. There was no Opposition filed to the Motion. Appearances via ZoomGov video-conference were made as reflected in the record.

After considering the Motion, the papers filed in support of the Motion, the record in this bankruptcy case and the arguments made at the hearing, the Court finds that notice of the Motion was proper and the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtor and its estate.

For the reasons stated, and based on the findings made, on the record at the hearing, the Motion is granted as follows:

IT IS ORDERED that:

1. The Motion is granted on an interim basis.

2. The Debtor is authorized to enter into the DIP Loan with Keven and Kristen Thibeault as set forth in the Motion effective November 1, 2023.

3. Payments of said loan advances on the 15th of each month is only authorized if the Debtor is then current on all of its other post-petition obligations.

4. Debtor shall file a monthly summary of all advances and repayments under the DIP Loan.

5. The final hearing on this Motion is scheduled for December 20, 2023, at 9:00 a.m. Any opposition papers shall be filed and served no later than December 6, 2023 and any reply papers shall be filed and served no later than December 13, 2023.

//
//
//
//

6. The Debtor shall serve and file an updated Declaration setting forth the critical expenses supporting the requested relief no later than December 1, 2023.

# # #

Date: November 9, 2023

Sandra R. Klein
United States Bankruptcy Judge