Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Catherine Liu – Bar #227762
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 450
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dweintraub@wztslaw.com
Email: jselth@wztslaw.com
Email: cliu@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF LLC, dba NIBLL,<br><br>    Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-SK<br><br>Chapter 11 – Subchapter V<br><br>**NOTICE OF REJECTION OF UNEXPIRED REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365**<br><br>[No Hearing Set Pursuant to Local Bankruptcy Rule 9013-1(o)] |

    KOMBU KITCHEN SF LLC, dba NIBLL, the Chapter 11 debtor and debtor in possession ("Kombu" or the "Debtor") in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby provides notice of the rejection of that certain unexpired lease pertaining to the commercial

1  real property commonly known as 2321 Filbert Street, Oakland, California 94607 (the "Oakland

2  Premises") effective as of February 1, 2024 ("Rejection Date").  The Debtor has occupied the

3  Oakland Premises pursuant to that certain *AIR CRE Standard Industrial/Commercial Single-*

4  *Tenant Lease*, dated February 17, 2019 (along with all exhibits and amendments thereto, and

5  extensions thereof, the "Oakland Lease") between the Debtor and The Night Heron Oakland, LLC

6  (the "Oakland Landlord").  As of the Rejection Date, the Debtor shall surrender possession of and

7  delivered the keys to the Oakland Premises to Oakland Landlord.

Dated:  January 11, 2023                    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By */s/ Daniel J. Weintraub*
    Daniel J. Weintraub
    James R. Selth
    Catherine Liu
    General Bankruptcy Counsel for
    Chapter 11 Debtor and Debtor in Possession,
    KOMBU KITCHEN SF, LLC, dba NIBLL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    11766 Wilshire Blvd, Suite 450, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REJECTION FO UNEXPIRED REAL PROPERTY LEASE PURSUANT TO 11 U.S.C. § 365,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    See attached NEF service list.

    ☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 11, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    See attached US Mail service list.

    ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 23-01, the requirement to deliver judges' copies of documents to chambers (LBR 5005-2(d)) continues to be temporarily suspended, except for documents over 25 pages including exhibits.

    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 11, 2024 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

In re Kombu Kitchen SF LLC                                                                                   Case No. 2:23-bk-17276-SK

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Debtor Kombu Kitchen SF LLC:  **Daniel J. Weintraub, James R. Selth, Catherine Liu**:
  dweintraub@wztslaw.com; jselth@wztslaw.com; cliu@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Subchapter V Trustee:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com;
  2180473420@filings.docketbird.com
- Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.:  **Karen L. Belair**:
  kbelair@zwickerpc.com
- Interested Party/Courtesy NEF:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com;
  tgaran@aldridgepite.com
- Interested Party/Courtesy NEF:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@gmail.com
- Attorneys for Ally Bank c/o AIS Portfolio Services, LLC:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- Attorneys for Creditor Night Heron Oakland, LLC:  **A. David Youssefyeh**:  david@adylaw.com
- US Trustee's Office:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

In re Kombu Kitchen SF LLC                                                                 Case No. 2:23-bk-17276-SK

**2. SERVED BY UNITED STATES MAIL**:

**20 Largest:**

| | | |
|---|---|---|
| California Dept of Tax and Fee Adm<br>Account Information Group MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | City and County of San Francisco<br>Office of Treasurer & Tax Collector<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 | Los Angeles Dept. Water and Power<br>P.O. Box 30808<br>Los Angeles, CA 90030 |
| Lee & Associates<br>c/o Matthew Artukovich<br>5675 Telegraph Rd., Ste 300<br>Los Angeles, CA 90040 | American Express<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7812 | Aramark<br>2680 Palumbo Dr.<br>Lexington, KY 40509 |
| Sysco Corporation<br>1390 Enclave Pkwy.<br>Houston, TX 77077 | Stanley Produce<br>2088 Jerrold Ave.<br>San Francisco, CA 94124 | Worldwide Produce<br>P.O. Box 54399<br>Los Angeles, CA 90054 |
| Bank Of America<br>P.O. Box 15184<br>Wilmington, DE 19850-5184 | ZenPayroll Inc dba Gusto<br>525 20th St<br>San Francisco, CA 94107 | Nevada Department of Taxation<br>1550 College Parkway, Suite 115<br>Carson City, NV 89706 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ramp Card<br>71 5th Ave., 6th Fl.<br>New York, NY 10003 | Newport Meat Company<br>48811 Warm Springs Blvd.<br>Fremont, CA 94539 |

**Secureds:**

| | | |
|---|---|---|
| Ally Bank<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | Auto Wholesale Company<br>1013 N. Harbor Blvd.<br>Santa Ana, CA 92703 | Wells Fargo Auto<br>800 Walnut St.<br>Des Moines, IA 50309-3605 |
| Ascentium Capital LLC<br>23970 US Highway 59 North<br>Kingwood, TX 77339 | American Express Business Blueprint<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | Land Rover Financial Group<br>700 Kansas Lane<br>Monroe, LA 71203-4774 |
| U.S. Small Business Administration<br>Office of General Counsel<br>312 N. Spring St., 5th Fl.<br>Los Angeles, CA 90012 | U.S. Small Business Administration<br>801 Tom Martin Dr., Ste 120<br>Birmingham, AL 35211 | |

**Special Notice/Landlord:**

| | | |
|---|---|---|
| Stan S Mallison Esq<br>Mallison & Martinez<br>1939 Harrison St Ste 730<br>Oakland, CA 94612-3547 | Landlord:<br>Night Heron Oakland, LLC<br>333 Grant Ave., Suite 709<br>San Francisco, CA 94108 | Attorney for Landlord:<br>A. David Youssefyeh Esq<br>ADY Law Group PC<br>1925 Century Park E Ste 220<br>Los Angeles, CA 90067 |
| US Attorneys Office<br>Attn Elan S Levey Asst US Attorney<br>300 N Los Angeles St<br>Fed Bldg Room 7516<br>Los Angeles, CA 90012 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE