| Attorney or Party Name, Address, Telephone & Fax Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark M. Sharf, Subchapter V Trustee<br>6080 Center Dr., Suite 600<br>Los Angeles, CA 90045<br><br>(818)961-7170<br>mark@sharflaw.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re:<br><br>KOMBU KITCHEN SF LLC | CASE NO. 2:23-bk-17276-SK<br>CHAPTER 11<br>(Subchapter V) |
|---|---|
| | **SUBCHAPTER V TRUSTEE'S ESTIMATED FEES AND EXPENSES FOR PURPOSES OF PLAN CONFIRMATION** |
| | **Plan Confirmation Hearing Date**:<br>DATE: None Set<br>TIME: N/A<br>COURTROOM: N/A |

**TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR-IN-POSSESSION, ALL PARTIES IN INTEREST, AND THEIR COUNSEL:**

    **PLEASE TAKE NOTICE** that the subchapter V trustee ("Trustee") appointed in this case under subchapter V of chapter 11 of Title 11 of the United States Code ("Bankruptcy Code" or "U.S.C."),[1] hereby submits the following estimate of his or her fees and expenses incurred to date, solely for the purpose of plan confirmation, and without prejudice to the Trustee's seeking further or additional fees and expenses

---

[1] Subchapter V of chapter 11 (11 U.S.C. §§ 1181-1195) was adopted by the Small Business Reorganization Act of 2019, Pub. L. No. 116-54, and became effective on February 19, 2020. All references to "Section" or "§" are to the Bankruptcy Code or 11 U.S.C.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

March 2021      - 1 -      F 2015-3.2.SUBV.TRUSTEE.FEE.EST

pursuant to an application for approval of fess and reimbursement of expenses under § 330 of the Bankruptcy Code:

Estimated Fees: $ 9,372 plus $10,000 estimated additional fees through plan confirmation

Estimated Expenses: $ 0.00

Total: $9,372 plus $10,000 estimated additional fees through plan confirmation.

Dated: January 15, 2024

Respectfully submitted,

/s/ Mark M. Sharf
Name of Subchapter V Trustee

/s/ Mark M. Sharf
Signature of Subchapter V Trustee

Address: 6080 Center Dr., Suite 600
Los Angeles, CA 90045

Telephone number: 818-961-7170
Email Address: mark@sharflaw.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*March 2021*    - 2 -    F 2015-3.2.SUBV.TRUSTEE.FEE.EST