Daniel J. Weintraub – Bar #132111
James R. Selth – Bar #123420
Catherine Y. Liu – Bar #227762
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 450
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dweintraub@wztslaw.com
Email: jselth@wztslaw.com
Email: cliu@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

**FILED & ENTERED**

**JAN 31 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may          DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF LLC, dba NIBLL,<br><br>Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-SK<br><br>Chapter 11<br><br>Subchapter V<br><br>**SCHEDULING ORDER RE SUBCHAPTER V PLAN OF REORGANIZATION**<br><br>[No Hearing Requested Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court, having considered the *Motion for Order Approving Plan Confirmation Schedule* (the "Motion") [Dkt. 69] and the *Notice of Opportunity to Request a Hearing on Motion* (the "Notice") [Dkt. 70] filed on January 12, 2024 by KOMBU KITCHEN SF LLC, dba NIBLL, the Chapter 11 debtor and debtor in possession (the "Debtor") in the above-captioned bankruptcy

-1-
SCHEDULING ORDER RE SUBCHAPTER V PLAN OF REORGANIZATION

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 450
LOS ANGELES, CA 90025

case (the "Bankruptcy Case").  No opposition or request for hearing on the Motion was filed with the Court or served upon the Debtor.

Having reviewed the Motion and the papers filed in support thereof, service of the Motion and Notice being proper, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. The Motion is approved;

2. Debtor shall serve the Subchapter V Plan ("Plan"), the Notice of Hearing on Confirmation of the Plan and Plan Ballots on all creditors within three (3) days of entry of this Order;

3. The last day for Plan Ballots to be received by Debtor's counsel is **March 13, 2024**;

4. The last day for preliminary objections to confirmation of the Plan is **March 13, 2024**;

5. The last day for Debtor to file its Plan Ballot Summary and Motion to Confirm the Plan ("Confirmation Motion") is **March 20, 2024**;

6. The last day for service and filing of Objections to the Confirmation Motion and the Plan is **April 3, 2024**;

7. The last day for service and filing of a Reply to any Objections to the Plan is **April 10, 2024.**

8. The Court will hold a hearing on confirmation of the Plan on **April 24, 2024 at 9:00 a.m.**

### 

Date: January 31, 2024

Sandra R. Klein
United States Bankruptcy Judge

-2-
SCHEDULING ORDER RE SUBCHAPTER V PLAN OF REORGANIZATION