Daniel J. Weintraub – Bar #132111
David B. Zolkin – Bar #155410
James R. Selth – Bar #123420
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dweintraub@wztslaw.com
Email: dzolkin@wztslaw.com
Email: jselth@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-SK<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVEN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (JULY 2024)**<br><br>[No Hearing Required] |

# DECLARATION OF KEVEN THIBEAULT

I, Keven Thibeault, hereby declare:

1. I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3. I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4. During the month of July 2024, the funds provided via the DIP Loan total $24,223.79. A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this  21  day of August 2024, at  San Francisco                , California.

_____
KEVEN THIBEAULT

# EXHIBIT 1

EXHIBIT 1 - Page 3

Advances June 2024

| *Expense* | SUM of Amount |
|---|---:|
| Bus. Travel | $6,099.00 |
| Business Subscription | $19.99 |
| Catering COGS LA | $6,099.16 |
| Catering COGS SF | $1,730.17 |
| Education | $830.00 |
| Kitchen Repairs | $1,514.09 |
| Marketing | $3,508.50 |
| Meals and Entertainment | $1,102.41 |
| Office Equipment | $2,529.83 |
| Parking | $114.50 |
| Test Kitchen Office Rent | $6,475.00 |
| Transportation | $500.00 |
| Transportation - Fuel | $114.12 |
| Travel Meals | $1,002.41 |
| Utilities | $617.63 |
| **Grand Total** | **$32,256.81** |

| | |
|---|---:|
| Fairmont COGS (Costco Receipts) | $1,965.92 |
| Total with Estimated Citi Receipts | $34,222.73 |

**EXHIBIT 1 - Page 4**

Detail of Advances

June 2024

| Date | Desc | Amount | Expense |
|---|---|---:|---|
| 6/1/2024 | SoCal Gas | 70.09 | Utilities |
| 6/1/2024 | SoCal Edison Electric | 219.18 | Utilities |
| 6/1/2024 | Mouton Water | 51.45 | Utilities |
| 6/1/2024 | Cox Internet | 143.23 | Utilities |
| 6/1/2024 | Test Kitchen Office Rent | 6475.00 | Test Kitchen Office Rent |
| 06/15/2024 | GOOGLE *Perplexity AI | 19.99 | Business Subscription |
| 06/06/2024 | AMZ 111-0469978-1730662 | 78.1 | Catering COGS LA |
| 06/05/2024 | AMZ 113-5056616-9490638 | 70.9 | Catering COGS LA |
| 06/14/2024 | AMZ 113-5115738-9697067 | 35.19 | Catering COGS LA |
| 06/05/2024 | AMZ 113-6932410-4773047 | 137.9 | Catering COGS LA |
| 06/24/2024 | AMZ 113-9077820-2066638 | 1467.5 | Catering COGS LA |
| 06/19/2024 | AMZ 114-4149029-4837858 | 69.5 | Catering COGS LA |
| 06/19/2024 | AMZ 114-6359716-8047433 | 157.32 | Catering COGS LA |
| 06/19/2024 | AMZ 114-9136019-1103465 | 18.31 | Catering COGS LA |
| 06/02/2024 | SHERWIN WILLIAMS 708661 | 35.29 | Kitchen Repairs |
| 06/03/2024 | THE HOME DEPOT 1077 | 80.72 | Kitchen Repairs |
| 06/06/2024 | AMZN Mktp US*591C29PR3 | 35.45 | Catering COGS LA |
| 06/06/2024 | AMZN Mktp US*ST3T926F3 | 29.73 | Catering COGS LA |
| 06/09/2024 | Amazon.com*B997P1EI3 | 120 | Catering COGS LA |
| 06/11/2024 | AMZN Mktp US*CE9ZG9Z93 | 236.33 | Catering COGS LA |
| 06/12/2024 | AMZN Mktp US*6H8G23IA3 | 27.36 | Catering COGS LA |
| 06/12/2024 | AMZN Mktp US*BT46R2OQ3 | 4.77 | Catering COGS LA |
| 06/16/2024 | AMAZON MKTPL*QJ0OD5U23 | 35.19 | Catering COGS LA |
| 06/21/2024 | AMAZON MKTPL*0G7EP7943 | 30.16 | Catering COGS LA |
| 06/23/2024 | AMZNPrime DE*HF2240YD4 | 9.64 | Catering COGS LA |
| 06/23/2024 | Amazon Prime*HF3EL1YX4 | 11.4 | Catering COGS LA |
| 06/26/2024 | Amazon.com*RG71A3UP2 | 1467.5 | Catering COGS LA |
| 06/30/2024 | THE HOME DEPOT 8988 | 398.08 | Kitchen Repairs |
| 06/04/2024 | AMAZON MARKETPLACE SEATTLE WA | 27.94 | Catering COGS LA |
| 06/26/2024 | THE WEBSTAURANT STOR(717)392-7472    PA | 108.78 | Catering COGS LA |
| 06/02/2024 | RCHRIS | 300 | Meals and Entertainment |
| 06/01/2024 | USH ONLINE | 1666 | Marketing |
| 06/02/2024 | MOZAMBIQUE RESTAURANTS LL | 242.58 | Travel Meals |
| 06/02/2024 | 76 - NW2705743 NTB SOC | 114.12 | Transportation - Fuel |
| 06/02/2024 | IC* INSTACART | 234.23 | Catering COGS LA |

EXHIBIT 1 - Page 5    1

Detail of Advances

June 2024

| Date | Desc | Amount | Expense |
|---|---|---|---|
| 06/02/2024 | RALPHS #0755 | 50.97 | Catering COGS LA |
| 06/05/2024 | RESTAURANT DEPOT | 417.21 | Catering COGS LA |
| 06/07/2024 | JORDAN MARKET | 36.03 | Catering COGS LA |
| 06/07/2024 | JORDAN MARKET | 65.09 | Catering COGS LA |
| 06/10/2024 | WAL-MART #2527 | 829.57 | Catering COGS SF |
| 06/11/2024 | THE FAIRMONT | 1045.99 | Bus. Travel |
| 06/11/2024 | THE BOILING CRAB | 668.94 | Travel Meals |
| 06/11/2024 | THE BOILING CRAB | 30.94 | Travel Meals |
| 06/11/2024 | THE BOILING CRAB | 26.43 | Travel Meals |
| 06/11/2024 | THE BOILING CRAB | 33.52 | Travel Meals |
| 06/15/2024 | NAMALE RESORT | 450 | Education |
| 06/16/2024 | IC* RALPHS VIA INSTACA | 494.09 | Catering COGS LA |
| 06/17/2024 | TICKETS HW | 1431.5 | Marketing |
| 06/17/2024 | RESTAURANT DEPOT | 148.64 | Catering COGS LA |
| 06/18/2024 | IC* RALPHS VIA INSTACA | 216.9 | Catering COGS LA |
| 06/18/2024 | LAPHIL HWBOWL WEB | 411 | Marketing |
| 06/18/2024 | TICKETS PARKING | 114.5 | Parking |
| 06/18/2024 | SMART AND FINAL 925 | 15.18 | Catering COGS LA |
| 06/21/2024 | FAIRMONT HOTELS | 3453.24 | Bus. Travel |
| 06/24/2024 | THE FAIRMONT | 394.65 | Meals and Entertainment |
| 06/25/2024 | MEAT ON OCEAN | 407.76 | Meals and Entertainment |
| 06/25/2024 | RESTAURANT DEPOT | 53.06 | Catering COGS LA |
| 06/25/2024 | SMART AND FINAL 925 | 41.16 | Catering COGS LA |
| 06/26/2024 | RESTAURANT DEPOT | 147.63 | Catering COGS LA |
| 06/30/2024 | PLUMBING REPAIR | 1,000.00 | Kitchen Repairs |
| 04/30/2024 | DION TRANSPORT | 250.00 | Transportation |
| 03/26/2024 | DION TRANSPORT | 250.00 | Transportation |
| 06/03/2024 | ALASKA AIR 0272372066784SEATTLE WA | 582.19 | Bus. Travel |
| 06/03/2024 | ALASKA AIR SEATTLE WA | 35.98 | Bus. Travel |
| 06/06/2024 | AMERICAN AI 0010652949174PHOENIX AZ | 322.5 | Bus. Travel |
| 06/06/2024 | AMERICAN AI 0012148360688PHOENIX AZ | 332.95 | Bus. Travel |
| 05/31/2024 | CRR INCORPORATED 714-8906300 CA | 133.69 | Utilities |
| 06/28/2024 | IC* COSTCO BY INSTACAR WWW.COSTCO.COCA | 340.32 | Catering COGS SF |
| 06/21/2024 | MASTERMIND.COM HTTPSMASTERMIAZ | 380 | Education |
| 05/28/2024 | UBER TRIP HELP.UBER.COMCA | 30.97 | Bus. Travel |

EXHIBIT 1 - Page 6        2

Detail of Advances

June 2024

| Date | Desc | Amount | Expense |
|---|---|---|---|
| 05/18/2024 | UBER TRIP HELP.UBER.COMCA | 10.66 | Bus. Travel |
| 05/18/2024 | UBER TRIP HELP.UBER.COMCA | 16.37 | Bus. Travel |
| 05/18/2024 | UBER TRIP HELP.UBER.COMCA | 2 | Bus. Travel |
| 05/15/2024 | UBER TRIP HELP.UBER.COMCA | 26.33 | Bus. Travel |
| 05/14/2024 | UBER TRIP HELP.UBER.COMCA | 37.95 | Bus. Travel |
| 05/13/2024 | UBER TRIP HELP.UBER.COMCA | 5.19 | Bus. Travel |
| 05/13/2024 | UBER TRIP HELP.UBER.COMCA | 34.62 | Bus. Travel |
| 05/13/2024 | UBER TRIP HELP.UBER.COMCA | 48 | Bus. Travel |
| 05/12/2024 | UBER TRIP HELP.UBER.COMCA | 35.59 | Bus. Travel |
| 05/12/2024 | UBER TRIP HELP.UBER.COMCA | 12.98 | Bus. Travel |
| 05/12/2024 | UBER TRIP HELP.UBER.COMCA | 42.5 | Bus. Travel |
| 06/10/2024 | UBER TRIP* TRIP WWW.UBER.COM CA | 22.99 | Bus. Travel |
| 05/11/2024 | WAL-MART #2206 LAGUNA NIGUELCA | 208.56 | Office Equipment |
| 06/29/2024 | WALMART.COM 8009256278 800-966-6546 AR | 560.28 | Catering COGS SF |
| 06/28/2024 | WALMART.COM 8009256278 800-966-6546 AR | 2321.27 | Office Equipment |
| Costco Receipts for June | | | |
| 06/06/2024 | Costco | 118.32 | Retail COGS Campus Cafe |
| 06/06/2024 | Costco | 251.80 | Retail COGS Campus Cafe |
| 06/06/2024 | Costco | 251.80 | Retail COGS Campus Cafe |
| 06/06/2024 | Costco | 89.90 | Retail COGS Campus Cafe |
| 06/10/2024 | Costco | 213.90 | Retail COGS Campus Cafe |
| 06/20/2024 | Costco | 284.80 | Retail COGS Campus Cafe |
| 06/24/2024 | Costco | 377.70 | Retail COGS Campus Cafe |
| 06/27/2024 | Costco | 377.70 | Retail COGS Campus Cafe |
| | TOTAL | 34,222.73 | |

EXHIBIT 1 - Page 7    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Keven Thibeault Regarding Post-Petition Financing on an Unsecured Basis (July 2024)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 21, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein        (Via Priority Mail)
United States Bankruptcy Judge
255 E. Temple St., Bin outside of Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2024 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**                                                                                                          **Case No. 2:23-bk-17276-SK**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

    - <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Daniel J. Weintraub, David B. Zolkin, James R. Selth, Catherine Liu**:  dweintraub@wztslaw.com; dzolkin@wztslaw.com; jselth@wztslaw.com; cliu@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
    - <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
    - <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**:  kbelair@zwickerpc.com
    - <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
    - <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
    - <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com
    - <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
    - <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com
    - <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**:  cramsdell@garofololaw.com
    - <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
    - <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**:  ashley.p.soto@wellsfargo.com
    - <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
    - <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
    - <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**