| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GALIN G. LUK (SBN 199728)<br>JASON R. GIANVECCHIO (SBN 276587)<br>COX WOOTTON LERNER GRIFFIN & HANSEN LLP<br>12011 San Vicente Blvd., Suite 600<br>Los Angeles, California 90049<br>Telephone: (310) 440-0020<br>Facsimilie: (310) 440-0015<br>Email: Gluk@cwlfirm.com<br>Email: jgianvecchio@cwlfirm.com<br><br>*Attorneys for Movant F50 League LLC*<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**OCT 03 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA Los Angeles DIVISION**

| In re:<br><br>Kombu Kitchen SF LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-17276-SK<br>CHAPTER: 11 Subchapter V |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)** |
| | DATE: September 25, 2024<br>TIME: 8:30 a.m.<br>COURTROOM: 1575<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012<br>Hon. Sandra R. Klein |

**MOVANT:** F50 League, LLC

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:  Deshawn Logan v. Kombu Kitchen SF LLC et al.

    Name of Nonbankruptcy Action:  Deshawn Logan v. Kombu Kitchen SF LLC et al.

    Docket number: 23LBCV01957

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Superior Court of the State of California in the County of Los Angeles

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 1    F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☒ Modified or conditioned as set forth in Exhibits A and B of the Supplemental Declaration of Galin Luk in support of the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☒ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*): 1) No funds will be paid by the Debtor or its estate to any party as a result of any out-of-pocket deductible or any other amount otherwise required for coverage 2) the lifting of the stay is to be limited only to Movant and will not have the ancillary effect of lifting the stay for the benefit of Plaintiff in the nonbankruptcy action entitled "Deshawn Logan v. Kombu Kitchen SF LLC eta al." or any other party and 3) any deficiency claim against the Debtor or its estate in connection with Claim No. 24 or otherwise, is waived in its entirety.

###

Date: October 3, 2024

*signature*
Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                                    F 4001-1.RFS.NONBK.ORDER