| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub – Bar #132111<br>David B. Zolkin – Bar #155410<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  310-207-1494<br>Email:  dweintraub@wztslaw.com<br>           dzolkin@wztslaw.com<br><br>☒ *Attorney for*: Kombu Kitchen SF LLC | **FILED & ENTERED**<br><br>**OCT 17 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY may    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>KOMBU KITCHEN SF LLC, dba NIBLL,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:23-bk-17276-SK<br>CHAPTER:  11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE:         October 16, 2024<br>TIME:         10:00 a.m.<br>COURTROOM: 1575<br>PLACE:        255 East Temple Street<br>                    Los Angeles, CA 90012 |

1. Name of Applicant (*specify*):  WEINTRAUB ZOLKIN TALERICO & SELTH LLP ("WZTS")

2. This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 09/25/2024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                            Page 1                                **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $357,626.50 (see 5.f. below)
      (2) ☒ Amount or percentage authorized for payment at this time: 80% (see 5.f. below)

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 8,394.64

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*

      1. WZTS's compensation is allowed on an interim basis, in the amount of $357,626.50 (after WZTS' voluntary reduction of $13,510.50 as detailed in the Reply and on the Court's record) and WZTS's expenses are allowed in the amount of $8,394.64, for an aggregate of $366,021.14;

      2. WZTS's prior application of its prepetition retainer of $25,223.00, made pursuant to the Guidelines of the Office of the United States Trustee, is approved;

      3. On account of the unpaid balance of WZTS's interim fee and expense award after application of the prepetition retainer and the 20% holdback in fees (i.e., 80% of $357,626.50 = $286,101.20 - $25,223.00 prepetition retainer = $260,878.20 in fees plus $8,394.64 in expenses for an aggregate of $269,272.84), the Debtor is authorized to pay WZTS as follows:

         a. Promptly following entry of this Order, WZTS' ratable share of $170,000, the total amount of which will be shared ratably among all professionals, including Marcum, LLP, Julander Brown & Bollard, LLP, and Mark Sharf, the Subchapter V Trustee in this bankruptcy case, based upon the amount of their respective, interim allowed fees and expenses as of November 30, 2024; and

         b. Monthly, commencing on the fifteenth day of the first month following the date on which this Order is entered, WZTS's ratable share of $15,000 a month, until its interim allowed fees and expenses have been paid in full or until there is a further order of the Court directing otherwise.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES

4. The 20% holdback of WZTS' fees requested ($71,525.30) is subject to a final application for payment of fees and expenses.

###

Date: October 17, 2024

Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 2016-1.3.ORDER.PAYMENT.FEES**