David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile:  (310) 442-0660
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF LLC, dba NIBLL,<br><br>Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-SK<br><br>Chapter 11<br><br>Subchapter V<br><br>**CASE STATUS REPORT**<br><br>Hearing:<br>Date:        February 26, 2025<br>Time:       9:00 a.m.<br>Courtroom: 1575<br>                    255 East Temple St.<br>                    Los Angeles, CA 90012<br>Judge:      Hon. Sandra R. Klein |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, MARK SHARF, SUBCHAPTER V TRUSTEE, PARTIES IN INTEREST AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

At the November 13, 2024 status conference in this bankruptcy case ("Case"), the Court continued the status conference to February 26, 2025 and asked that the Debtor file a brief status report providing an update regarding the Debtor's ongoing state court litigation with former employees of the Debtor (generally referred to in this Case, collectively, as the "Wage Claimants") in two consolidated prepetition lawsuits pending in the Alameda County Superior Court (the "State

1   Court") and identified *as Aja de Coudreaux, et. al., v. Kombu Kitchens SF, LLC (dba "NYBLL"), et
2   al.*, Case No. RG20058323 and *Maria De Jesus Vergara V. Kombu Kitchen SF, LLC (dba
3   "NYBLL")*, Case No. RG20057449 (collectively, the "State Court Actions").

4   As the Court will recall, the Wage Claimants filed proofs of claims (Claim Nos. 25 and 26) in this Case in which they asserted unsecured claims against the Debtor that, in the aggregate, total almost $11.1 million. The Debtor joined in objections to those proofs of claims (on the grounds that they were facially insufficient, vastly overstated, inconsistent with the economic damages they asserted in the State Court Actions and filed without support). The Court, in turn, and with the support and at the urging of the Wage Claimants, lifted the automatic stay to allow trial in the State Court Actions to proceed.

Trial in the State Court Action commenced on February 10, 2025. The trial is ongoing and testimony is not expected to conclude until sometime in March, 2025. The Court has indicated that it will hear closing argument by briefs and that process may take up to 45 additional days. The Debtor and the Wage Claimants have not been able to reach a settlement.

Per the Court's prior guidance, until either settlement has been reached or a judgment issued in the State Court Actions, the Debtor cannot move forward with a plan of reorganization.

The Debtor recommends that the status conference be continued for two months, at which time the Debtor expects to know the outcome of the State Court Actions.

Respectfully submitted,

Dated: February 19, 2025    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By */s/ David B. Zolkin*
David Zolkin

General Bankruptcy Counsel for
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF, LLC, dba NIBLL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

>11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **CASE STATUS REPORT,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

>See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 19, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

>See attached US Mail service list.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 19, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein          (via Priority Mail)
United States Bankruptcy Judge
255 E. Temple St., Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**  **Case No. 2:23-bk-17276-SK**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
- <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**: kbelair@zwickerpc.com
- <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
- <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridepite.com
- <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
- <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
- <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
- <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
- <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**: cramsdell@garofololaw.com
- <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**: ashley.p.soto@wellsfargo.com
- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
- <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
- <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

California Dept of Tax and Fee Adm
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029

City and County of San Francisco
Office of Treasurer & Tax Collector
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

Los Angeles Dept. Water and Power
P.O. Box 30808
Los Angeles, CA 90030

Lee & Associates
c/o Matthew Artukovich
5675 Telegraph Rd., Suite 300
Los Angeles, CA 90040

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7812

Aramark
2680 Palumbo Dr.
Lexington, KY 40509

Sysco Corporation
1390 Enclave Pkwy.
Houston, TX 77077

Stanley Produce
2088 Jerrold Ave.
San Francisco, CA 94124

Worldwide Produce
P.O. Box 54399
Los Angeles, CA 90054

Bank Of America
P.O. Box 672050
Dallas, TX 75267-2050

ZenPayroll Inc dba Gusto
525 20th St
San Francisco, CA 94107

Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ramp Card
71 5th Ave., 6th Fl.
New York, NY 10003

Newport Meat Company
48811 Warm Springs Blvd.
Fremont, CA 94539

Ally Bank
P.O. Box 380902
Bloomington, MN 55438-0902

Auto Wholesale Company
1013 N. Harbor Blvd.
Santa Ana, CA 92703

Wells Fargo Auto
800 Walnut St.
Des Moines, IA 50309-3605

Ascentium Capital LLC
23970 US Highway 59 North
Kingwood, TX 77339

Land Rover Financial Group
700 Kansas Lane
Monroe, LA 71203-4774

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012

U.S. Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

American Express Business Blueprint
P.O. Box 981540
El Paso, TX 79998-1540

US Attorneys Office
Attn Elan S Levey Asst US Attorney
300 N Los Angeles St
Fed Bldg Room 7516
Los Angeles, CA 90012

Stan S Mallison Esq
Mallison & Martinez
1939 Harrison St Ste 730
Oakland, CA 94612-3547