David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH
LLP 11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>　　　Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (JANUARY 2025)**<br><br>[No Hearing Required] |

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

### DECLARATION OF KEVÉN THIBEAULT

I, Kevén Thibeault, hereby declare:

1.      I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein.  Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.      The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108.  No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3.      I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4.      During the month of January 2025, the funds provided via the DIP Loan total $34,239.67.  A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this _4____ day of March 2025, at Lake Elsinore, California.

_____
KEVÉN THIBEAULT

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Summary of Advances

January 2025

| Expense | SUM of Amount |
|---|---|
|  | $0.00 |
| Bank Fee | $984.51 |
| Bus. Travel | $1,809.23 |
| Business Services | $2,330.39 |
| Business Subscription | $1,016.82 |
| Catering COGS LA | $2,878.70 |
| Catering COGS SF | $1,192.17 |
| Catering Equipment | $2,906.03 |
| Kitchen Repairs | $7,550.17 |
| Meals and Entertainment | $631.72 |
| Office Equipment | $837.46 |
| Office Supplies | $2,018.78 |
| Parking | $514.25 |
| Test Kitchen Office Rent | $6,475.00 |
| Transportation | $582.23 |
| Transportation - Fuel | $569.31 |
| Transportation- Fleet Maintenance | $925.15 |
| Utilities | $875.68 |
| **Grand Total** | **$34,097.60** |

| | |
|---|---|
| Add: Interest for Jan | $142.07 |
| **Total of Advances plus Interest Due** | **$34,239.67** |

Detail of Advances

January 2025

| Date | Desc | Amount | Expense |
|------|------|--------|---------|
| 1/1/2025 | Gas | 542.18 | Utilities |
| 1/1/2025 | Electric | 187.49 | Utilities |
| 1/1/2025 | Water | 113.52 | Utilities |
| 1/1/2025 | Internet | 32.50 | Utilities |
| 1/1/2025 | Test Kitchen Office Rent | 6,475.00 | Test Kitchen Office Rent |
| 01/20/2025 | AMZ 113-9270860-0386648 | 157.26 | Office Supplies |
| 01/29/2025 | SAN CLEMENTE PARKING 2 | 2.25 | Parking |
| 12/31/2024 | FORSBERG'S PACKAGE SHOP | 80.65 | Catering COGS LA |
| 01/01/2025 | SXM*SIRIUSXM.COM/ACCT | 46.09 | Business Subscription |
| 01/01/2025 | ANNUAL MEMBERSHIP FEE | 525.00 | Business Subscription |
| 01/03/2025 | SPROUTS FARMERS MAR | 74.36 | Catering COGS LA |
| 01/03/2025 | Nyx*877-494-3833 EVGO SER | 22.93 | Transportation - Fuel |
| 01/05/2025 | GOOGLE *Heads Up | 19.99 | Business Subscription |
| 01/06/2025 | RESTAURANT DEPOT | 90.18 | Catering COGS LA |
| 01/06/2025 | INTL INDIA BAZAAR | 41.96 | Catering COGS LA |
| 01/07/2025 | GOOGLE *Life360 | 14.99 | Business Services |
| 01/07/2025 | UBER  *TRIP | 49.77 | Transportation |
| 01/07/2025 | RESTAURANT DEPOT | 63.96 | Catering COGS LA |
| 01/07/2025 | SQSP* INV164345363 | 276.00 | Business Services |
| 01/08/2025 | SPROUTS FARMERS MAR | 5.99 | Catering COGS LA |
| 01/09/2025 | PURCHASE INTEREST CHARGE | 333.65 | Bank Fee |
| 01/09/2025 | RESTAURANT DEPOT | 174.83 | Catering COGS LA |
| 01/09/2025 | RESTAURANT DEPOT | 30.88 | Catering COGS LA |
| 01/09/2025 | UNITED    0164463654436 | 39.99 | Bus. Travel |
| 01/09/2025 | UNITED    0164463654435 | 17.99 | Bus. Travel |
| 01/09/2025 | UNITED    0162449892972 | 427.82 | Bus. Travel |
| 01/10/2025 | Staples Inc | 973.69 | Office Supplies |
| 01/12/2025 | GOOGLE *SiriusXM Radio | 9.99 | Business Services |
| 01/14/2025 | LAZ PARKING M18445-SKI | 10.00 | Parking |
| 01/15/2025 | UBER  *ONE | 9.99 | Transportation |
| 01/15/2025 | CHEF TOYS SAN FRANCISCO | 13.01 | Catering Equipment |
| 01/15/2025 | SAFEWAY #0777 | 17.96 | Catering COGS LA |
| 01/15/2025 | LUCKY #748 SAN BRUN | 59.89 | Catering COGS SF |
| 01/15/2025 | LUCKY #748 SAN BRUN | 7.99 | Catering COGS SF |
| 01/15/2025 | LOWES #01019* | 102.89 | Kitchen Repairs |
| 01/15/2025 | LAZ PARKING M18445-SKI | 10.00 | Parking |
| 01/15/2025 | TAQUERIA LAS PENCAS | 31.87 | Meals and Entertainment |
| 01/16/2025 | PURCHASE INTEREST CHARGE | 104.55 | Bank Fee |
| 01/16/2025 | Whole Foods FRK 10044 | 85.16 | Catering COGS SF |

Detail of Advances

January 2025

| Date | Desc | Amount | Expense |
|------|------|--------|---------|
| 01/16/2025 | B2B Prime*ZD63A5YM1 | 550.15 | Business Services |
| 01/16/2025 | BEST WESTERN HOTELS | 749.36 | Bus. Travel |
| 01/16/2025 | ONT AIRPT PRKING LOT 2 | 96.00 | Parking |
| 01/16/2025 | SFO UNIONST GASTROPUB1118 | 70.62 | Meals and Entertainment |
| 01/16/2025 | CHEF TOYS SAN FRANCISCO | 281.32 | Catering Equipment |
| 01/16/2025 | TST* PAPA NOODLE NEW | 118.63 | Meals and Entertainment |
| 01/16/2025 | OUTSET COFFEE | 3.95 | Meals and Entertainment |
| 01/16/2025 | LAZ PARKING M18445-SKI | 10.00 | Parking |
| 01/16/2025 | Staples Inc | 450.33 | Office Supplies |
| 01/17/2025 | RESTAURANT DEPOT | 17.10 | Catering COGS SF |
| 01/18/2025 | UNITED    0164465916270 | 17.99 | Bus. Travel |
| 01/18/2025 | UNITED    0162452490008 | 305.99 | Bus. Travel |
| 01/20/2025 | RESTAURANT DEPOT | 184.14 | Catering COGS SF |
| 01/20/2025 | PURCHASE INTEREST CHARGE | 300.84 | Bank Fee |
| 01/21/2025 | RESTAURANT DEPOT | 49.22 | Catering COGS SF |
| 01/21/2025 | RESTAURANT DEPOT | 562.99 | Catering COGS SF |
| 01/22/2025 | UNITED    0164466816036 | 40.00 | Bus. Travel |
| 01/23/2025 | STARBUCKS STORE 05312 | 3.75 | Meals and Entertainment |
| 01/23/2025 | ONT AIRPT PRKING LOT 2 | 48.00 | Parking |
| 01/23/2025 | DOUBLETREE HOTELS | 24.09 | Bus. Travel |
| 01/23/2025 | HOTELTONIGHT*DOUBLETRE | 186.00 | Bus. Travel |
| 01/23/2025 | AMERICAN ARS CORPORATION | 1,329.00 | Catering Equipment |
| 01/24/2025 | RESTAURANT DEPOT | 190.27 | Catering COGS LA |
| 01/24/2025 | SPROUTS FARMERS MAR | 14.97 | Catering COGS LA |
| 01/24/2025 | 99 RANCH #1005 | 103.78 | Catering COGS LA |
| 01/27/2025 | STARBUCKS STORE 49537 | 21.90 | Meals and Entertainment |
| 01/27/2025 | ALBERTSONS.COM #0798 | 265.97 | Catering COGS LA |
| 01/27/2025 | RESTAURANT DEPOT | 225.68 | Catering COGS SF |
| 01/27/2025 | COSTCO WHSE #0445 | 215.76 | Catering COGS LA |
| 01/27/2025 | 99 RANCH MARKET #12 | 102.69 | Catering COGS LA |
| 01/28/2025 | CA DMV KEY VNS CRN | 515.00 | Transportation- Fleet Maint… |
| 01/28/2025 | CA DMV FEE | 10.04 | Transportation- Fleet Maint… |
| 01/28/2025 | RESTAURANT DEPOT | 94.80 | Catering COGS LA |
| 01/29/2025 | RESTAURANT DEPOT | 87.98 | Catering COGS LA |
| 01/29/2025 | 99 RANCH #1005 | 95.84 | Catering COGS LA |
| 01/30/2025 | Staples Inc | 437.50 | Office Supplies |
| 01/03/2025 | ECONOMY LAX SMARTPARKING LOS ANGELES CA | 336.00 | Parking |
| 01/04/2025 | PERPLEXITY* PROSHOP WWW.PERPLEXITCA | 38.72 | Business Services |
| 01/05/2025 | KIA AMERICA INC 844-886-9411 CA | 199.00 | Transportation- Fleet Maint… |

Detail of Advances

January 2025

| Date | Desc | Amount | Expense |
|------|------|--------|---------|
| 01/07/2025 | UBER TRIP* TRIP WWW.UBER.COM CA | 7.26 | Transportation |
| 01/10/2025 | VSA_NIBBLE EDUCATION NICOSIA CY | 40.80 | Business Services |
| 01/10/2025 | UBER *TRIP HELP.UBER.COMCA | 33.52 | Transportation |
| 01/11/2025 | UBER *TRIP HELP.UBER.COMCA | 8.01 | Transportation |
| 01/14/2025 | DROPBOX*1N9C6ZGNG3BG DROPBOX.COM CA | 11.99 | Business Services |
| 01/14/2025 | UBER *TRIP HELP.UBER.COMCA | 65.99 | Transportation |
| 01/19/2025 | LOWES #01987* LAKE ELSINORECA | 447.83 | Kitchen Repairs |
| 01/21/2025 | LOWES #01987* LAKE ELSINORECA | 148.68 | Kitchen Repairs |
| 01/21/2025 | NETGEAR INC 408-890-3088 CA | 28.00 | Office Equipment |
| 01/22/2025 | STATE OF CALIF DMV INT SC800-7770133 CA | 27.00 | Transportation- Fleet Maint... |
| 01/23/2025 | YAAMAVA RESORT AND CASINOHIGHLAND CA | 381.00 | Meals and Entertainment |
| 01/23/2025 | CA DMV FEE 678-7315516 TN | 0.53 | Transportation- Fleet Maint... |
| 01/23/2025 | UBER *TRIP HELP.UBER.COMCA | 106.95 | Transportation |
| 01/23/2025 | UBER *TRIP HELP.UBER.COMCA | 7.63 | Transportation |
| 01/25/2025 | HOMEDEPOT.COM 800-430-3376 GA | 189.64 | Kitchen Repairs |
| 01/25/2025 | SJC Parking SAN JUAN CAPICA | 2.00 | Parking |
| 01/28/2025 | LOWES #01050* SAN CLEMENTE CA | 510.45 | Kitchen Repairs |
| 01/28/2025 | Microsoft*Microsoft 365 F425-6816830 WA | 99.99 | Business Services |
| 01/29/2025 | FD *CA DMV 648 SAN CLEMENTE CA | 45.00 | Transportation- Fleet Maint... |
| 01/29/2025 | FD *CA DMV 648 SAN CLEMENTE CA | 125.00 | Transportation- Fleet Maint... |
| 01/29/2025 | FD *CA DMV 648 *SVC 800-777-0133 CA | 0.95 | Transportation- Fleet Maint... |
| 01/29/2025 | FD *CA DMV 648 *SVC 800-777-0133 CA | 2.63 | Transportation- Fleet Maint... |
| 01/30/2025 | LOWES #01050* SAN CLEMENTE CA | 137.42 | Kitchen Repairs |
| 01/31/2025 | LOWES #00758* RANCHO SANTA CA | 169.54 | Kitchen Repairs |
| 01/31/2025 | ANNUAL FEE | 199.00 | Business Services |
| 01/30/2025 | CANVA* I04412-72097503 | 30.00 | Business Services |
| 01/28/2025 | UBER  *TRIP | 137.72 | Transportation |
| 01/27/2025 | WMT PLUS Jan 2025 | 14.28 | Bank Fee |
| 01/23/2025 | INTEREST CHARGE-PURCHASES | 212.22 | Bank Fee |
| 01/23/2025 | INTEREST CHARGE-PB PURCHA | 18.97 | Bank Fee |
| 01/22/2025 | UBER  *TRIP | 7.34 | Transportation |
| 01/22/2025 | UBER  *TRIP | 48.96 | Transportation |
| 01/20/2025 | SUN PAC STORAGE CONTAI | 500.00 | Business Services |
| 01/18/2025 | UBER  *TRIP | 50.96 | Transportation |
| 01/18/2025 | UBER  *TRIP | 7.64 | Transportation |
| 01/06/2025 | GOOGLE *Perplexity AI | 19.99 | Business Services |
| 01/06/2025 | RALPHS #0287 | 174.34 | Catering COGS LA |
| 01/06/2025 | ALBERTSONS #2509 | 57.54 | Catering COGS LA |
| 01/05/2025 | GOOGLE *Bloomberg LP | 329.99 | Business Services |
| 01/13/2025 | CHEVRON 0384160/CHEVSAN JUAN CAPISTRA  CA | 75.00 | Transportation - Fuel |
| 01/13/2025 | DNH*GODADDY#35072302480-505-8855      AZ | 425.74 | Business Subscription |

Detail of Advances

January 2025

| Date | Desc | Amount | Expense |
|---|---|---|---|
| 01/13/2025 | HERTZ CHH        843-6403629        SC | 40.49 | Transportation |
| 01/13/2025 | WAL-MART 2527 2527  SAN CLEMENTE        CA | 26.03 | Catering Equipment |
| 01/13/2025 | WAL-MART 2527 2527  SAN CLEMENTE        CA | 72.35 | Catering Equipment |
| 01/14/2025 | GELSON'S MARKET #25 RANCHO MISSION VIEJOCA | 26.46 | Transportation - Fuel |
| 01/14/2025 | HARBOR FREIGHT TOOLSHARBORFREIGHT        CA | 405.64 | Catering Equipment |
| 01/14/2025 | NYTimes.COM NY TIMES(800)698-4637        NY | 6.68 | Business Services |
| 01/15/2025 | ARCO #42725 AMPM ARCSAN JUAN CAPI        CA | 100.00 | Transportation - Fuel |
| 01/16/2025 | BEST BUY        MISSION VIEJO        CA | 45.23 | Office Equipment |
| 01/16/2025 | BEST BUY        MISSION VIEJO        CA | 764.23 | Office Equipment |
| 01/16/2025 | COST PLUS WORLD MARKMISSION VIEJO        CA | 224.15 | Catering COGS LA |
| 01/16/2025 | CROWN VALLEY MARKET MISSION VIEJO        CA | 245.71 | Transportation - Fuel |
| 01/16/2025 | WAL-MART 2527 2527  SAN CLEMENTE        CA | 276.09 | Catering COGS LA |
| 01/17/2025 | GELSON'S MARKET #25 RANCHO MISSION VIEJOCA | 101.74 | Catering COGS LA |
| 01/18/2025 | LOWE'S        LAKE ELSINORE        CA | 152.23 | Kitchen Repairs |
| 01/18/2025 | LOWE'S        LAKE ELSINORE        CA | 2,119.32 | Kitchen Repairs |
| 01/21/2025 | 6120 MOLLER RETAIL 6RANCHO MISSION VIEJOCA | 99.21 | Transportation - Fuel |
| 01/21/2025 | LOWE'S        LAKE ELSINORE        CA | 1,052.73 | Kitchen Repairs |
| 01/21/2025 | LOWES.COM        1-800-445-6937        NC | 58.70 | Kitchen Repairs |
| 01/21/2025 | LOWES.COM        1-800-445-6937        NC | 328.43 | Kitchen Repairs |
| 01/22/2025 | GOOGLE *GOOGLE ONE  G.CO/HELPPAY#        CA | 2.11 | Business Services |
| 01/22/2025 | LOWE'S        LAKE ELSINORE        CA | 132.77 | Kitchen Repairs |
| 01/22/2025 | LOWES.COM        1-800-445-6937        NC | 182.09 | Kitchen Repairs |
| 01/22/2025 | MERCADO EL REY 0000 SAN JUAN        CA | 67.07 | Catering COGS LA |
| 01/23/2025 | GOOGLE *PERPLEXITY A G.CO/HELPPAY#        CA | 199.99 | Business Services |
| 01/23/2025 | LOWE'S        LAKE ELSINORE        CA | 543.98 | Kitchen Repairs |
| 01/23/2025 | LOWES.COM        1-800-445-6937        NC | 43.08 | Kitchen Repairs |
| 01/23/2025 | LOWES.COM        1-800-445-6937        NC | 107.71 | Kitchen Repairs |
| 01/23/2025 | LOWES.COM        1-800-445-6937        NC | 247.23 | Kitchen Repairs |
| 01/24/2025 | 88 RANCH MARKETPLACETEMECULA        CA | 224.94 | Catering COGS LA |
| 01/24/2025 | HOMEDEPOT.COM        800-430-3376        GA | 75.00 | Kitchen Repairs |
| 01/24/2025 | HOMEDEPOT.COM        800-430-3376        GA | 430.69 | Kitchen Repairs |
| 01/24/2025 | LOWE'S        LAKE ELSINORE        CA | 204.53 | Kitchen Repairs |
| 01/24/2025 | THE HOME DEPOT        LAKE ELSINORE        CA | 101.70 | Kitchen Repairs |
| 01/25/2025 | LOWES.COM        1-800-445-6937        NC | 63.53 | Kitchen Repairs |
| 01/26/2025 | THE WEBSTAURANT STOR(717)392-7472        PA | 108.78 | Catering Equipment |
| 01/26/2025 | Wayfair        866-263-8325        MA | 669.90 | Catering Equipment |
| | | | |
| **TOTAL** | | **34,097.60** | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (JANUARY 2025),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>March 11, 2025,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list.

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                     **F 9013-3.1.PROOF.SERVICE**

In re Kombu Kitchen SF LLC                                                    Case No. 2:23-bk-17276-BR

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
- <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**:  kbelair@zwickerpc.com
- <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
- <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
- <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
- <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
- <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
- <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**:  cramsdell@garofololaw.com
- <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**:  ashley.p.soto@wellsfargo.com
- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
- <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
- <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**