David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>      Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (FEBRUARY 2025)**<br><br>[No Hearing Required] |

-1-
DECLARATION RE POST-PETITION FINANCING ON AN UNSECURED BASIS

# DECLARATION OF KEVÉN THIBEAULT

I, Kevén Thibeault, hereby declare:

1. I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3. I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4. During the month of February 2025, the funds provided via the DIP Loan total $31,362.36. A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 3 day of April 2025, at San Francisco, California.

_____
KEVÉN THIBEAULT

---

-2-
DECLARATION RE POST-PETITION FINANCING ON AN UNSECURED BASIS

# EXHIBIT 1

Summary of Advances

February 2025

| *Expense* | SUM of Amount |
|---|---:|
| Bank Fee | 589.94 |
| Bus. Travel | 3,570.93 |
| Business Services | 151.65 |
| Business Subscription | 7.00 |
| Catering COGS LA | 11,303.35 |
| Catering COGS SF | 521.07 |
| Catering Equipment | 744.88 |
| Event Decor | 3,140.77 |
| Kitchen Repairs | 783.64 |
| Meals and Entertainment | 66.60 |
| Office Equipment | 458.09 |
| Office Supplies | 1,591.38 |
| Parking | 99.00 |
| Test Kitchen Office Rent | 6,475.00 |
| Transportation | 104.83 |
| Transportation - Fuel | 469.62 |
| Transportation- Fleet Maintenance | 512.80 |
| Travel Meals | 74.96 |
| Utilities | 696.85 |
| **Grand Total** | **31,362.36** |

Advances: Detail

February 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 2/1/2025 | Gas | 327.88 | Utilities |
| 2/1/2025 | Electric | 222.09 | Utilities |
| 2/1/2025 | Water | 114.38 | Utilities |
| 2/1/2025 | Internet | 32.50 | Utilities |
| 2/1/2025 | Test Kitchen Office Rent | 6,475.00 | Test Kitchen Office Rent |
| 2/28/2025 | AMZ 111-0560694-2693840 | 72.26 | Office Equipment |
| 2/27/2025 | AMZ 111-0590278-4724234 | 541.84 | Office Supplies |
| 2/27/2025 | AMZ 111-2175453-5028237 | 159.19 | Office Supplies |
| 2/28/2025 | AMZ 111-2790056-7804206 | 40.93 | Office Supplies |
| 2/28/2025 | AMZ 111-2877664-6759426 | 16.11 | Transportation- Fleet Maintenance |
| 2/27/2025 | AMZ 111-3943736-1863410 | 227.37 | Catering COGS LA |
| 2/25/2025 | AMZ 111-5753209-8727456 | 188.64 | Catering COGS LA |
| 2/27/2025 | AMZ 111-6991987-7365812 | 65.00 | Catering COGS LA |
| 2/27/2025 | AMZ 111-7403179-5789041 | 113.10 | Office Equipment |
| 2/25/2025 | AMZ 111-7604893-9613044 | 74.31 | Office Supplies |
| 2/25/2025 | AMZ 111-7604893-9613044 | 114.96 | Catering COGS LA |
| 2/25/2025 | AMZ 111-8584569-0844234 | 17.95 | Catering COGS LA |
| 2/25/2025 | AMZ 111-8590194-8261840 | 153.64 | Catering COGS LA |
| 2/27/2025 | AMZ 111-9854716-5154664 | 113.10 | Catering COGS LA |
| 2/7/2025 | AMZ 112-7365840-9605857 | 107.73 | Office Equipment |
| 2/28/2025 | AMZ 113-0609255-6461841 | 25.95 | Catering COGS LA |
| 2/15/2025 | AMZ 113-1345151-7350620 | 33.79 | Catering COGS LA |
| 2/11/2025 | AMZ 113-2545052-3965063 | 102.35 | Catering COGS LA |
| 2/10/2025 | AMZ 113-2637106-4921816 | 89.38 | Office Supplies |
| 2/11/2025 | AMZ 113-4202792-2433042 | 38.54 | Office Supplies |
| 2/11/2025 | AMZ 113-4202792-2433042 | 32.31 | Office Supplies |
| 2/28/2025 | AMZ 113-4249088-4796206 | 47.94 | Catering COGS LA |
| 2/28/2025 | AMZ 113-4249088-4796206 | 166.61 | Catering COGS LA |
| 2/6/2025 | AMZ 113-4744928-5992249 | 18.12 | Catering Equipment |
| 2/8/2025 | AMZ 113-4899514-3185049 | 10.76 | Office Supplies |
| 2/11/2025 | AMZ 113-4995590-4678604 | 10.76 | Office Supplies |
| 2/28/2025 | AMZ 113-7509102-1921004 | 53.86 | Catering Equipment |
| 2/28/2025 | AMZ 113-7509102-1921004 | 39.95 | Catering COGS SF |
| 2/10/2025 | AMZ 113-7952217-7313014 | 215.46 | Catering Equipment |
| 2/28/2025 | AMZ 113-8293089-8119441 | 48.47 | Catering Equipment |
| 2/18/2025 | AMZ 114-0455564-6010648 | 119.93 | Catering COGS SF |
| 2/18/2025 | AMZ 114-1456186-5216238 | 245.98 | Catering COGS SF |
| 2/18/2025 | AMZ 114-1712992-9877027 | 55.21 | Catering COGS SF |

Advances: Detail

February 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 2/18/2025 | AMZ 114-2830429-2156220 | 503.97 | Catering COGS LA |
| 2/23/2025 | AMZ 114-2964856-0779432 | 358.26 | Catering COGS LA |
| 2/21/2025 | AMZ 114-8023672-9472232 | 73.24 | Office Supplies |
| 2/23/2025 | AMZ 114-9341057-4817825 | 114.86 | Office Supplies |
| 2/23/2025 | AMZ 114-9341057-4817825 | 53.86 | Catering Equipment |
| 02/08/2025 | CHEVRON 0384160 | 106.85 | Transportation - Fuel |
| 02/18/2025 | PURCHASE INTEREST CHARGE | 47.54 | Bank Fee |
| 02/25/2025 | SP BUNCHES US | 2,188.53 | Catering COGS LA |
| 02/25/2025 | SP AIR PLANT SHOP | 652.69 | Catering COGS LA |
| 02/09/2025 | PURCHASE INTEREST CHARGE | 86.84 | Bank Fee |
| 02/03/2025 | TST*JUICEFARM-VENETIAN | 13.82 | Meals and Entertainment |
| 02/27/2025 | CHEVRON 0380811 | 12.37 | Transportation - Fuel |
| 02/26/2025 | RESTAURANT DEPOT | 383.20 | Catering COGS LA |
| 02/25/2025 | RESTAURANT DEPOT | 629.85 | Catering COGS LA |
| 02/26/2025 | Chefs Toys Corona | 78.27 | Catering Equipment |
| 02/25/2025 | CHEFS TOYS ANAHEIM | 168.06 | Catering Equipment |
| 02/24/2025 | RESTAURANT DEPOT | 398.00 | Catering COGS LA |
| 02/24/2025 | SPROUTS FARMERS MAR | 9.99 | Catering COGS LA |
| 02/24/2025 | TARGET    00024216 | 8.58 | Catering COGS LA |
| 02/21/2025 | RESTAURANT DEPOT | 46.43 | Catering COGS LA |
| 02/21/2025 | FEDEX285647535604 | 37.35 | Business Services |
| 02/21/2025 | RESTAURANT DEPOT | 532.18 | Catering COGS LA |
| 02/21/2025 | SPROUTS FARMERS MAR | 28.96 | Catering COGS LA |
| 02/20/2025 | RESTAURANT DEPOT | 19.91 | Catering COGS LA |
| 02/20/2025 | RESTAURANT DEPOT | 30.72 | Catering COGS LA |
| 02/19/2025 | RESTAURANT DEPOT | 315.20 | Transportation- Fleet Maintenance |
| 02/20/2025 | PURCHASE INTEREST CHARGE | 340.19 | Bank Fee |
| 02/18/2025 | RESTAURANT DEPOT | 46.88 | Catering COGS LA |
| 02/18/2025 | RESTAURANT DEPOT | 105.02 | Catering COGS LA |
| 02/18/2025 | RESTAURANT DEPOT | 158.19 | Catering COGS LA |
| 02/18/2025 | SMART AND FINAL 313 | 5.97 | Catering COGS LA |
| 02/15/2025 | CITY OF SSF - PARKING | 1.00 | Parking |
| 02/17/2025 | CENTRAL # 6 TIRE SERVI | 26.25 | Transportation- Fleet Maintenance |
| 02/15/2025 | DOUBLETREE SAN FRANCISCO | 297.12 | Bus. Travel |
| 02/15/2025 | Staples Inc | 405.26 | Office Supplies |
| 02/14/2025 | LAZ PARKING M18208-DP | 26.00 | Parking |
| 02/14/2025 | RESTAURANT DEPOT | 93.00 | Catering COGS LA |
| 02/13/2025 | UNITED    0164472269796 | 40.00 | Bus. Travel |

Advances: Detail

February 2025

| Date | Description | Amount | Expense |
|---|---|---:|---|
| 02/15/2025 | Chicos Pizza Grand... | 21.50 | Travel Meals |
| 02/14/2025 | CVS/PHARMACY #10495 | 37.25 | Travel Meals |
| 02/15/2025 | ONT AIRPT PRKING LOT 2 | 72.00 | Parking |
| 02/13/2025 | TAQUERIA LAS PENCAS | 16.21 | Travel Meals |
| 02/13/2025 | 76 - GRAND MARTCO INC | 2.90 | Transportation - Fuel |
| 02/13/2025 | COSTCO WHSE#654 | 164.78 | Catering COGS LA |
| 02/13/2025 | O'REILLY 3473 | 24.24 | Transportation- Fleet Maintenance |
| 02/13/2025 | AMERICAN ARS CORPORATION | 354.40 | Kitchen Repairs |
| 02/12/2025 | RESTAURANT DEPOT | 272.42 | Catering COGS LA |
| 02/13/2025 | EL PAISA@.COM | 33.00 | Bus. Travel |
| 02/13/2025 | SQ *FAR WEST FUNGI INC | 60.00 | Catering COGS SF |
| 02/11/2025 | RESTAURANT DEPOT | 131.00 | Transportation- Fleet Maintenance |
| 02/12/2025 | LE CHEF BAKERY | 407.04 | Catering COGS LA |
| 02/10/2025 | RESTAURANT DEPOT | 159.82 | Catering COGS LA |
| 02/10/2025 | RESTAURANT DEPOT | 10.96 | Catering COGS LA |
| 02/10/2025 | SMART AND FINAL 925 | 25.96 | Catering COGS LA |
| 02/10/2025 | 99 RANCH #1005 | 3.24 | Catering COGS LA |
| 02/10/2025 | PILAS PANTRY COLOSSAL CAK | 25.15 | Catering COGS LA |
| 02/07/2025 | RESTAURANT DEPOT | 547.70 | Catering COGS LA |
| 02/07/2025 | SPROUTS FARMERS MAR | 63.94 | Catering COGS LA |
| 02/06/2025 | FEDEX285131954192 | 58.30 | Business Services |
| 02/08/2025 | COSTCO WHSE#0947 | 89.05 | Catering COGS LA |
| 02/07/2025 | RESTAURANT DEPOT | 152.72 | Catering COGS LA |
| 02/07/2025 | RESTAURANT DEPOT | 177.30 | Catering COGS LA |
| 02/05/2025 | RESTAURANT DEPOT | 263.81 | Catering COGS LA |
| 02/04/2025 | RESTAURANT DEPOT | 110.22 | Catering COGS LA |
| 02/04/2025 | RESTAURANT DEPOT | 275.14 | Catering COGS LA |
| 02/03/2025 | SPROUTS FARMERS MAR | 14.37 | Catering COGS LA |
| 02/02/2025 | DOUBLETREE HOTELS | 539.89 | Bus. Travel |
| 02/01/2025 | VENETIAN/PALAZZO ROOM RS | 260.41 | Bus. Travel |
| 01/31/2025 | RESTAURANT DEPOT | 405.30 | Catering COGS LA |
| 02/04/2025 | PURCHASE INTEREST CHARGE | 115.37 | Bank Fee |
| 02/08/2025 | WORDPRESS.COM | 36.00 | Business Services |
| 02/05/2025 | LOWES | 429.24 | Kitchen Repairs |
| 02/05/2025 | OPENAI *CHATGPT SUBSCR | 20.00 | Business Services |
| 02/03/2025 | VENETIAN STARBUCKS LV | 52.78 | Meals and Entertainment |
| 02/03/2025 | CURB LV TAXI NEW CA QUEENS NY | 31.24 | Transportation |
| 02/01/2025 | UBER *TRIP HELP.UBER.COMCA | 73.59 | Transportation |

Advances: Detail

February 2025

| Date | Description | Amount | Expense |
|---|---|---:|---|
| 02/01/2025 | ACI JET SNA - VALET Santa Ana CA | 165.00 | Office Equipment |
| 02/03/2025 | SCRIBD  SAN FRANCISCO CA | 11.99 | Catering COGS LA |
| 02/03/2025 | THE MARKET BY THE MESAN | 347.50 | Transportation - Fuel |
| 02/04/2025 | VENETIAN/PALAZZO LV | 2,400.51 | Bus. Travel |
| 02/04/2025 | WALMART.COM BENTONVILLE AR | 131.40 | Event Decor |
| 02/05/2025 | ALIBABA.COM | 488.60 | Event Decor |
| 02/09/2025 | NYTimes.COM | 7.00 | Business Subscription |
| 02/15/2025 | WALMART.COM BENTONVILLE AR | 521.92 | Event Decor |
| 02/20/2025 | WALMART.COM BENTONVILLE AR | 69.98 | Event Decor |
| 02/21/2025 | WALMART.COM WALMART.COM AR | 116.10 | Event Decor |
| 02/22/2025 | HOMEGOODS LADERA RANCH CA | 628.91 | Event Decor |
| 02/22/2025 | WALMART.COM WALMART.COM AR | 107.61 | Event Decor |
| 02/24/2025 | WALMART.COM WALMART.COM AR | 61.32 | Catering COGS LA |
| 02/25/2025 | THE WEBSTAURANT STORE | 603.49 | Catering COGS LA |
| 02/26/2025 | THE WEBSTAURANT STORE | 108.78 | Catering Equipment |
| 02/27/2025 | WALMART.COM BENTONVILLE AR | 105.60 | Event Decor |
| 02/27/2025 | Wayfair 866-263-8325 MA | 970.65 | Event Decor |
| **TOTAL** | | **31,362.36** | |

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (FEBRUARY 2025),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**                                                                                              **Case No. 2:23-bk-17276-BR**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
- <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**:  kbelair@zwickerpc.com
- <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
- <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
- <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
- <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
- <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
- <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**:  cramsdell@garofololaw.com
- <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**:  ashley.p.soto@wellsfargo.com
- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
- <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
- <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**