David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>    Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (MARCH 2025)**<br><br>[No Hearing Required] |

-1-
DECLARATION RE POST-PETITION FINANCING ON AN UNSECURED BASIS

## DECLARATION OF KEVÉN THIBEAULT

I, Kevén Thibeault, hereby declare:

1. I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3. I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4. During the month of March 2025, the funds provided via the DIP Loan total $53,581.22. A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 28th day of April 2025, at Lake Elsinore, California.

_____
KEVÉN THIBEAULT

# EXHIBIT 1

Summary of Advances

March 2025

| Expense | SUM of Amount |
|---|---:|
| 1099 Payroll | 2,976.69 |
| Bank Fee | 1,607.88 |
| Bus. Travel | 4,784.87 |
| Business Services | 412.49 |
| Business Subscription | 89.10 |
| Catering COGS LA | 7,719.67 |
| Catering COGS LV | 3,783.53 |
| Catering COGS SF | 729.27 |
| Catering Equipment | 755.25 |
| Event Decor | 2,778.71 |
| Event Rentals | 12,341.07 |
| Event Vendor Services | 2,846.30 |
| Meals and Entertainment | 2,834.28 |
| Office Equipment | 312.75 |
| Office Supplies | 810.12 |
| Parking | 2.50 |
| Test Kitchen Office Rent | 6,475.00 |
| Transportation | 423.66 |
| Transportation - Fuel | 546.43 |
| Transportation- Fleet Maintenance | 564.72 |
| Utilities | 786.93 |
| **Grand Total** | **53,581.22** |

Advances: Detail

March 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 3/1/2025 | Gas | 280.08 | Utilities |
| 3/1/2025 | Electric | 344.775 | Utilities |
| 3/1/2025 | Water | 129.58 | Utilities |
| 3/1/2025 | Internet | 32.495 | Utilities |
| 3/1/2025 | Test Kitchen Office Rent | 6475 | Test Kitchen Office Rent |
| 3/4/2025 | AMZ 111-7090217-7846667 | 883.52 | Catering COGS LA |
| 3/4/2025 | AMZ 111-7958971-1133802 | 207.39 | Office Supplies |
| 3/2/2025 | AMZ 111-8417793-5426666 | 15.61 | Office Supplies |
| 3/6/2025 | AMZ 111-9527189-1977869 | 28.48 | Catering COGS LA |
| 3/31/2025 | AMZ 111-9722170-0107406 | 23.69 | Catering COGS LA |
| 3/21/2025 | AMZ 113-1131073-2918612 | 351.27 | Catering COGS LA |
| 3/21/2025 | AMZ 113-1131073-2918612 | 473.24 | Catering Equipment |
| 3/3/2025 | AMZ 113-2588164-0997063 | 28.58 | Catering COGS LA |
| 3/2/2025 | AMZ 113-2903968-9670608 | 87.75 | Office Equipment |
| 3/23/2025 | AMZ 113-3017592-2308236 | 608.78 | Catering COGS LA |
| 3/28/2025 | AMZ 113-3957126-6073057 | 37.7 | Catering COGS LA |
| 3/1/2025 | AMZ 113-4426411-8966619 | 224.99 | Catering COGS LA |
| 3/28/2025 | AMZ 113-4455343-3588241 | 32.57 | Catering COGS LA |
| 3/2/2025 | AMZ 113-6230776-4508225 | 61.42 | Catering COGS LA |
| 3/28/2025 | AMZ 113-7411448-9503432 | 11.59 | Catering COGS LA |
| 3/2/2025 | AMZ 113-8992231-7800225 | 336.98 | Office Supplies |
| 3/14/2025 | AMZ 113-9675621-5731437 | 67.55 | Catering COGS LA |
| 2/27/2025 | RESTAURANT DEPOT | 131.96 | Catering COGS LA |
| 2/27/2025 | SPROUTS FARMERS MAR | 70.47 | Catering COGS LA |
| 2/28/2025 | SPROUTS FARMERS MAR | 101.2 | Catering COGS LA |
| 2/28/2025 | Staples Inc | 250.14 | Office Supplies |
| 3/1/2025 | ANNUAL MEMBERSHIP FEE | 95 | Bank Fee |
| 3/3/2025 | SPROUTS FARMERS MAR | 17.98 | Catering COGS LA |
| 3/3/2025 | RESTAURANT DEPOT | 143.3 | Catering COGS LA |
| 3/4/2025 | RESTAURANT DEPOT | 247.05 | Catering COGS LA |
| 3/4/2025 | NORTHGATE MARKET #034 | 20.97 | Catering COGS LV |
| 3/5/2025 | SHELL OIL10052314019 | 128.64 | Transportation - Fuel |
| 3/5/2025 | BITETTO'S TOW SERVICE CEN | 221 | Transportation- Fleet Maintenance |
| 3/5/2025 | SMART AND FINAL 313 | 12.41 | Catering COGS LV |
| 3/6/2025 | TRADER JOE S #280 | 229.15 | Catering COGS LV |
| 3/6/2025 | FLORAL SUPPLY SYND #5 | 53.1 | Event Decor |
| 3/6/2025 | LAS VEGAS FLORAL WHOLESAL | 207.91 | Event Decor |
| 3/6/2025 | LAS VEGAS FLORAL WHOLESAL | 226.04 | Event Decor |
| 3/6/2025 | TOTAL WINE AND MORE | 972.32 | Catering COGS LV |

Advances: Detail

March 2025

| Date | Description | Amount | Expense |
| --- | --- | --- | --- |
| 3/6/2025 | TST*BOOTLEGGER BISTRO | 632.11 | Meals and Entertainment |
| 3/6/2025 | BB DINER LAS VEGAS #208 | 27.12 | Meals and Entertainment |
| 3/6/2025 | HOMEGOODS #313 | 216.74 | Event Decor |
| 3/6/2025 | RESTAURANT DEPOT | 711.72 | Catering COGS LV |
| 3/6/2025 | SQ *JUICE STARS DOWNTOWN | 655.7 | Meals and Entertainment |
| 3/6/2025 | COSTCO WHSE #0563 | 83.9 | Catering COGS LV |
| 3/6/2025 | WHOLEFDS LVB 10286 | 222.28 | Catering COGS LV |
| 3/7/2025 | WAL-MART #4356 | 43.09 | Catering COGS LV |
| 3/7/2025 | KELLY PAPER | 62.62 | Event Decor |
| 3/7/2025 | WAL-MART #4356 | 23.3 | Event Decor |
| 3/7/2025 | TOTAL WINE AND MORE | 128.2 | Catering COGS LV |
| 3/7/2025 | MICHAELS STORES 8774 | 362.73 | Event Decor |
| 3/7/2025 | HOTELTONIGHT*HOWARD JO | 80 | Bus. Travel |
| 3/7/2025 | BKG*HOTEL AT BOOKING.C | 477.31 | Bus. Travel |
| 3/8/2025 | HOMEGOODS #313 | 12.97 | Event Decor |
| 3/8/2025 | HOMEGOODS #313 | 19.44 | Event Decor |
| 3/8/2025 | WHOLEFDS HEN 10219 | 185.05 | Catering COGS LV |
| 3/9/2025 | WAL-MART #2593 | 98 | Event Decor |
| 3/9/2025 | PURCHASE INTEREST CHARGE | 81.22 | Bank Fee |
| 3/9/2025 | SAMSCLUB.COM | 164.8 | Catering COGS LV |
| 3/11/2025 | ARIA HTL VALET | 43 | Bus. Travel |
| 3/11/2025 | TST*BOOTLEGGER BISTRO | 189.32 | Meals and Entertainment |
| 3/11/2025 | TST* KHOURY'S MEDITERRANE | 71.15 | Meals and Entertainment |
| 3/11/2025 | COSTCO WHSE #0563 | 325 | Catering COGS LA |
| 3/11/2025 | RESTAURANT DEPOT | 441.07 | Catering COGS LA |
| 3/12/2025 | TX DE BRAZIL LAS VEGAS | 254.54 | Catering COGS LA |
| 3/12/2025 | PARK MGM - HTL VALET | 43 | Bus. Travel |
| 3/12/2025 | PARK MGM-LAPIZZA LAPAS | 256.75 | Meals and Entertainment |
| 3/12/2025 | CHEVRON 0201595 | 80.45 | Catering COGS LA |
| 3/12/2025 | RESTAURANT DEPOT | 132.73 | Catering COGS LA |
| 3/13/2025 | FSP*ONTARIO INTERNATIONAL | 80 | Bus. Travel |
| 3/13/2025 | RESTAURANT DEPOT | 273.19 | Catering COGS SF |
| 3/13/2025 | RESTAURANT DEPOT | 108.38 | Catering COGS SF |
| 3/14/2025 | EXECUTIVE INN AND SUIT | 304.08 | Bus. Travel |
| 3/17/2025 | ALBERTSONS.COM #0798 | 95.08 | Catering COGS LA |
| 3/17/2025 | RESTAURANT DEPOT | 444.34 | Catering COGS LA |
| 3/17/2025 | SPROUTS FARMERS MAR | 5.99 | Catering COGS LA |
| 3/17/2025 | 99 RANCH #1005 | 2.07 | Catering COGS LA |
| 3/18/2025 | SHELL OIL 12597232011 | 90.26 | Transportation - Fuel |

2

Advances: Detail

March 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 3/18/2025 | SQ *ACI JET SNA - VALET | 55 | Bus. Travel |
| 3/18/2025 | REYES AUTO GLASS | 343.72 | Transportation- Fleet Maintenance |
| 3/18/2025 | RESTAURANT DEPOT | 13.86 | Catering COGS LA |
| 3/18/2025 | RESTAURANT DEPOT | 294.98 | Catering COGS LA |
| 3/18/2025 | JETSUITEX INC. | 1680 | Bus. Travel |
| 3/18/2025 | ARIA - ADV SALES | 223.23 | Bus. Travel |
| 3/18/2025 | ARIA - ADV SALES | 203.23 | Bus. Travel |
| 3/19/2025 | RESTAURANT DEPOT | 89.43 | Catering COGS LA |
| 3/19/2025 | SMART AND FINAL 925 | 8.76 | Catering COGS LA |
| 3/19/2025 | SMART AND FINAL 313 | 13.14 | Catering COGS LA |
| 3/19/2025 | ARIA - FRONT DESK | 62.36 | Bus. Travel |
| 3/19/2025 | PARK MGM - HTL VALET | 5 | Bus. Travel |
| 3/19/2025 | MICHOACAN GOURMET MEXI | 58.96 | Meals and Entertainment |
| 3/19/2025 | SHELL OIL 93004128980 | 21.55 | Transportation - Fuel |
| 3/19/2025 | EATALY CUCINA DEL MERC | 45.5 | Meals and Entertainment |
| 3/19/2025 | ARIA - FRONT DESK | 433.32 | Bus. Travel |
| 3/19/2025 | HOMEGOODS #312 | 61.04 | Event Decor |
| 3/20/2025 | UEP*MINGS TASTY RESTAURAN | 103.79 | Meals and Entertainment |
| 3/20/2025 | RESTAURANT DEPOT | 170.75 | Catering COGS LA |
| 3/20/2025 | FEDEX OFFIC17000017020 | 37.35 | Business Services |
| 3/20/2025 | PURCHASE INTEREST CHARGE | 429.87 | Bank Fee |
| 3/21/2025 | appwisey | 45 | Business Services |
| 3/23/2025 | AMAZON MKTPL*CH75K0IE3 | 43.72 | Catering COGS LA |
| 3/25/2025 | ARCO #42515 | 80 | Transportation - Fuel |
| 3/25/2025 | TRADER JOE S #046 | 11.98 | Catering COGS LA |
| 3/25/2025 | RESTAURANT DEPOT | 157.78 | Catering COGS LA |
| 3/25/2025 | CITY OF SANTA MONICA | 2.5 | Parking |
| 3/26/2025 | HUNTLY HOTEL SANTA MON | 555.5 | Bus. Travel |
| 3/26/2025 | SPROUTS FARMERS MAR | 17.98 | Catering COGS LA |
| 3/26/2025 | VONS #2328 | 25.31 | Catering COGS LA |
| 3/26/2025 | RESTAURANT DEPOT | 69.47 | Catering COGS LA |
| 3/26/2025 | RESTAURANT DEPOT | 206.02 | Catering COGS LA |
| 3/26/2025 | COSTCO WHSE #0418 | 10.99 | Catering COGS LA |
| 3/26/2025 | CALIFORNIA LOCKSMITH SECU | 225 | Office Equipment |
| 3/26/2025 | AMAZON MKTPL*T10SQ8LQ3 | 18.95 | Catering COGS LA |
| 3/26/2025 | COSTCO DELIVERY 563 | 347.7 | Catering COGS SF |
| 3/28/2025 | RESTAURANT DEPOT | 1346.69 | Catering COGS LA |
| 3/31/2025 | THE HOME DEPOT #8988 LAKE ELSINORECA | 228.4 | Event Decor |
| 3/1/2025 | JUMPSPEAK #F23B0080 JUMPSPEAK.COMDE | 119 | Business Services |

3

Advances: Detail

March 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 3/5/2025 | OPENAI *CHATGPT SUBSCR OPENAI.COM CA | 20 | Business Subscription |
| 3/10/2025 | BAYMONT INN AND SUITES 702-8020440 NV | 414.93 | Bus. Travel |
| 3/11/2025 | UBER *TRIP HELP.UBER.COMCA | 20.95 | Transportation |
| 3/11/2025 | UBER *TRIP HELP.UBER.COMCA | 57.99 | Transportation |
| 3/11/2025 | UBER *TRIP HELP.UBER.COMCA | 21.7 | Transportation |
| 3/14/2025 | DROPBOX*3DQFG9Z6TC9T DROPBOX.COM CA | 11.99 | Business Services |
| 3/21/2025 | INTUIT *QBooks Online CL.INTUIT.COMCA | 17.5 | Business Services |
| 3/27/2025 | INTEREST CHARGE ON PURCHASES | 357.87 | Bank Fee |
| 3/29/2025 | UBER *TRIP HELP.UBER.COMCA | 124.91 | Bus. Travel |
| 3/29/2025 | UBER *TRIP | 4.5 | Event Decor |
| 3/3/2025 | UBER *EATS | 146.3 | Meals and Entertainment |
| 3/5/2025 | UBER *EATS | 343.41 | Meals and Entertainment |
| 3/5/2025 | RICHIE'S DINER #201 | 115.94 | Meals and Entertainment |
| 3/5/2025 | REBEL PARTY STORES | 587 | Event Decor |
| 3/5/2025 | SHELL OIL10052314019 | 17.47 | Transportation - Fuel |
| 3/6/2025 | GOOGLE *Perplexity AI | 19.99 | Business Services |
| 3/8/2025 | UBER *TRIP | 21.98 | Transportation |
| 3/9/2025 | UBER *TRIP | 3 | Transportation |
| 3/18/2025 | UBER *TRIP | 28.08 | Transportation |
| 3/19/2025 | UBER *TRIP | 48.96 | Transportation |
| 3/19/2025 | UBER *TRIP | 45 | Transportation |
| 3/19/2025 | SUN PAC STORAGE CONTAI | 95 | Business Services |
| 3/23/2025 | INTEREST CHARGE-PURCHASES | 92.46 | Bank Fee |
| 3/25/2025 | UBER *ONE | 96 | Transportation |
| 3/27/2025 | JOHN WAYNE AIRPORT | 80 | Transportation |
| 3/28/2025 | THE UPS STORE 0115 | 24.67 | Business Services |
| 3/28/2025 | CANVA* I04469-10212407 | 30 | Business Services |
| 3/25/2025 | Expenses Tony Robbins | 150 | Catering COGS LV |
| 3/20/2025 | Gas mileage | 100 | Transportation - Fuel |
| 3/13/2025 | Tony Payroll | 1600 | 1099 Payroll |
| 3/10/2025 | Own it gala Bartender | 625 | Event Vendor Services |
| 3/8/2025 | Expenses Tony Robbins | 100 | Catering COGS LV |
| 3/8/2025 | Expenses Tony Robbins | 200 | Catering COGS LV |
| 3/7/2025 | Expenses Tony Robbins | 200 | Catering COGS LV |
| 3/6/2025 | HOMEGOODS #313 HENDERSON NV | 359.64 | Catering COGS LV |
| 3/6/2025 | LOWES #01719* LAS VEGAS NV | 173.23 | Catering Equipment |
| 3/1/2025 | RSVP PARTY RENTALS 9LAS VEGAS NV | 5619.89 | Event Rentals |
| 3/3/2025 | BLUEPRINT STUDIOS 00S SAN FRAN CA | 4024.91 | Event Rentals |

4

Advances: Detail

March 2025

| Date | Description | Amount | Expense |
|---|---|---:|---|
| 3/3/2025 | RSVP PARTY RENTALS 9LAS VEGAS    NV | 57 | Event Rentals |
| 3/3/2025 | SCRIBD *653158551  SAN FRANCISCO    CA | 11.99 | Business Services |
| 3/3/2025 | SHELL SERVICE STATIOALISO VIEJO    CA | 108.51 | Transportation - Fuel |
| 3/3/2025 | SIMPLY TREE    8335999920    TX | 1038 | Event Rentals |
| 3/6/2025 | RSVP PARTY RENTALS 9LAS VEGAS    NV | 70 | Event Rentals |
| 3/6/2025 | TASKRABBIT* RECEIPT SAN FRANCISCO    CA | 192.83 | 1099 Payroll |
| 3/7/2025 | RSVP PARTY RENTALS 9LAS VEGAS    NV | 167.99 | Event Rentals |
| 3/7/2025 | RSVP PARTY RENTALS 9LAS VEGAS    NV | 1363.28 | Event Rentals |
| 3/7/2025 | TASKRABBIT* RECEIPT SAN FRANCISCO    CA | 74.83 | 1099 Payroll |
| 3/7/2025 | TASKRABBIT* RECEIPT SAN FRANCISCO    CA | 226.03 | 1099 Payroll |
| 3/9/2025 | NYTimes.COM NY TIMES(800)698-4637    NY | 7 | Business Subscription |
| 3/9/2025 | VIM COFFEE CATERING NORTH LAS VEGAS    NV | 2221.3 | Event Vendor Services |
| 3/14/2025 | 6621115 - DRAFTHOUSEOAKLAND    CA | 60.51 | Meals and Entertainment |
| 3/14/2025 | 6621115 - DRAFTHOUSEOAKLAND    CA | 127.72 | Meals and Entertainment |
| 3/22/2025 | GOOGLE *GOOGLE ONE  G.CO/HELPPAY#    CA | 2.11 | Business Subscription |
| 3/24/2025 | GOOGLE *BOARDS COM  G.CO/HELPPAY#    CA | 59.99 | Business Subscription |
| 3/26/2025 | THE WEBSTAURANT STOR(717)392-7472    PA | 108.78 | Catering Equipment |
| 3/27/2025 | Interest Charge on Purchases | 551.46 | Bank Fee |
| 3/27/2025 | JORDAN MARKET    LAGUNA HILLS    CA | 366.49 | Catering COGS LA |
| 3/7/2025 | Event Labor | 883 | 1099 Payroll |
| 3/3/2025 | TJ MAXX    ALISO VIEJO    CA | 614.92 | Event Decor |
| | | 53581.22 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (MARCH 2025),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 29, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**                                                                                              **Case No. 2:23-bk-17276-BR**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
- <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**:  kbelair@zwickerpc.com
- <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
- <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
- <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
- <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
- <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
- <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**:  cramsdell@garofololaw.com
- <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**:  ashley.p.soto@wellsfargo.com
- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
- <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
- <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**