David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>    Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (OCTOBER 2025)**<br><br>[No Hearing Required] |

## DECLARATION OF KEVÉN THIBEAULT

I, Kevén Thibeault, hereby declare:

1. I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3. I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4. During the month of October 2025, the funds provided via the DIP Loan total $26,228.63. A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 2 day of December 2025, at San Francisco, California.

KEVÉN THIBEAULT

-2-
DECLARATION RE POST-PETITION FINANCING ON AN UNSECURED BASIS

# EXHIBIT 1

EXHIBIT 1 - Page 3

Summary of Advances

October 2025

| Expense | SUM of Amount |
|---|---:|
|  | 0.00 |
| Bank Fee | 1,618.88 |
| Bus. Travel | 8,904.82 |
| Business Services | 190.00 |
| Business Subscription | 608.93 |
| Catering COGS LA | 3,327.93 |
| Catering COGS SF | 114.76 |
| Education | 43.79 |
| Marketing | 1,363.39 |
| Meals and Entertainment | 1,551.35 |
| Test Kitchen Office Rent | 6,475.00 |
| Test Kitchen Office Utilities | 398.73 |
| Transportation | 810.54 |
| Transportation - Fuel | 102.40 |
| Transportation- Fleet Maintenance | 12.60 |
| Utilities | 705.51 |
| **Grand Total** | **26,228.63** |

EXHIBIT 1 - Page 4

Advances: Detail

October 2025

| Date | Description | Amount | Expense |
| --- | --- | --- | --- |
| 10/1/2025 | Gas | 298.07 | Utilities |
| 10/1/2025 | Electric | 201.16 | Utilities |
| 10/1/2025 | Water | 173.79 | Utilities |
| 10/1/2025 | Internet | 32.50 | Utilities |
| 10/1/2025 | Test Kitchen Office Rent | 6475.00 | Test Kitchen Office Rent |
| 10/5/2025 | AMZ 112-1880526-1725854 | 439.56 | Catering COGS LA |
| 10/5/2025 | AMZ 112-8415214-2784245 | 24.3 | Catering COGS LA |
| 10/5/2025 | AMZ 112-8427061-6525052 | 64.64 | Catering COGS LA |
| 10/14/2025 | AMZ 112-9961651-1142655 | 200 | Catering COGS LA |
| 10/15/2025 | AMZ 112-9970002-7530658 | 18.26 | Catering COGS LA |
| 10/2/2025 | AMZ 114-3438899-8982659 | 75.4 | Catering COGS LA |
| 10/18/2025 | AMZ D01-5581456-6128243 | 12.99 | Catering COGS LA |
| 10/30/2025 | SUPER ES CRUCE | 495.19 | Meals and Entertainment |
| 10/29/2025 | G20 ST MARTIN | 17.15 | Transportation - Fuel |
| 10/29/2025 | Wiber Rent A Car Spain SL | 161.05 | Transportation |
| 10/28/2025 | CINQUECENTO PIZZ | 45.45 | Meals and Entertainment |
| 10/26/2025 | TESCO STORES | 18.05 | Catering COGS SF |
| 10/25/2025 | Zettle_*Self emplyed Lond | 71.13 | Transportation |
| 10/24/2025 | NAVARRE | 56.76 | Catering COGS LA |
| 10/16/2025 | WALMART.COM | 12.6 | Transportation- Fleet Maintenance |
| 10/16/2025 | PURCHASE INTEREST CHARGE | 452.48 | Bank Fee |
| 10/15/2025 | UBER   *ONE MEMBERSHIP | 9.99 | Transportation |
| 10/13/2025 | CHARLESTON AIRPORT | 26.63 | Bus. Travel |
| 10/12/2025 | THE THOROUGHBRED CLUB | 69.68 | Marketing |
| 10/13/2025 | CHARLESTON AIRPORT | 46.29 | Bus. Travel |
| 10/13/2025 | AMZ*y2f5a6rgk CHS Nonstop | 49.78 | Catering COGS LA |
| 10/12/2025 | GOOGLE *SiriusXM Music | 9.99 | Business Subscription |
| 10/09/2025 | TST*HIGH FLYING FOODS - | 42.85 | Meals and Entertainment |
| 10/10/2025 | GOOGLE *Lensa photo ed | 39.93 | Business Subscription |
| 10/08/2025 | TST*KING BBQ | 210.38 | Meals and Entertainment |
| 10/09/2025 | LOWE'S FOODS #279 | 531.83 | Catering COGS LA |
| 10/07/2025 | GOOGLE *Life360 Stay C | 14.99 | Business Subscription |
| 10/05/2025 | PIKES HOUSE | 1293.71 | Marketing |
| 10/01/2025 | SXM*SIRIUSXM.COM/ACCT | 72.94 | Business Subscription |
| 10/01/2025 | GOOGLE *GSUITE_the120. | 21 | Business Subscription |
| 09/30/2025 | ALBERTSONS.COM #0798 | 52.34 | Catering COGS LA |
| 10/23/2025 | LANDYS | 10.45 | Catering COGS LA |
| 10/23/2025 | WALDORF | 96.44 | Meals and Entertainment |
| 10/23/2025 | VUELING AIRLCJE7NW | 1965.46 | Bus. Travel |

EXHIBIT 1 - Page 5

Advances: Detail

October 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 10/22/2025 | Qc Terme Roma | 155.04 | Meals and Entertainment |
| 10/21/2025 | RYANAIR    000000DP8N5F0 | 53.86 | Bus. Travel |
| 10/21/2025 | AMERICAN ACADEMY IN R.. | 43.79 | Education |
| 10/16/2025 | SPROUTS FARMERS MAR | 96.71 | Catering COGS SF |
| 10/17/2025 | UKVI ETAMOB00000805550 | 22.19 | Transportation - Fuel |
| 10/17/2025 | ASEA US*21328133 | 219.39 | Catering COGS LA |
| 10/16/2025 | VUELING AIRLPQS28B | 1750.49 | Bus. Travel |
| 10/16/2025 | CIRCLE K # 06065 | 28.08 | Transportation - Fuel |
| 10/12/2025 | ASEA US*21309812 | 164.86 | Catering COGS LA |
| 10/12/2025 | ASEA US*21309436 | 147.2 | Catering COGS LA |
| 10/09/2025 | PURCHASE INTEREST CHARGE | 453.34 | Bank Fee |
| 10/01/2025 | ANNUAL MEMBERSHIP FEE | 49 | Business Subscription |
| 10/30/2025 | 627 - PC AER BCN T1 AIRE | 33.37 | Meals and Entertainment |
| 10/30/2025 | RELAY       4167919 | 34.98 | Transportation - Fuel |
| 10/25/2025 | EDI WDF MAIN | 301.32 | Meals and Entertainment |
| 10/10/2025 | PURCHASE INTEREST CHARGE | 319.26 | Bank Fee |
| 09/30/2025 | ASEA US*21268821 | 182.79 | Catering COGS LA |
| 09/30/2025 | RALPHS #0118 | 109.29 | Catering COGS LA |
| 10/23/2025 | LE CHEF BAKERY | 227.36 | Catering COGS LA |
| 10/20/2025 | PURCHASE INTEREST CHARGE | 393.8 | Bank Fee |
| 10/12/2025 | ZOOM.COM 888-799-9666 | 16.99 | Business Subscription |
| 10/13/2025 | ASEA US*21312595 8019737499 UT | 244.59 | Catering COGS LA |
| 10/12/2025 | ASEA US*21309818 8019737499 UT | 164.85 | Catering COGS LA |
| 10/30/2025 | UBER   *TRIP | 71.97 | Transportation |
| 10/30/2025 | UBER   *TRIP | 1.01 | Transportation |
| 10/30/2025 | SUN PAC STORAGE CONTAI | 95 | Business Services |
| 10/28/2025 | CANVA* I04683-76256042 | 30 | Business Subscription |
| 10/28/2025 | UBER   *TRIP | 36.09 | Transportation |
| 10/28/2025 | UBER   *TRIP | 1 | Transportation |
| 10/28/2025 | UBER   *TRIP | 29.04 | Transportation |
| 10/28/2025 | UBER   *TRIP | 1 | Transportation |
| 10/27/2025 | UBER   *TRIP | 13.45 | Transportation |
| 10/26/2025 | UBER   *TRIP | 3 | Transportation |
| 10/26/2025 | UBER   *TRIP | 34.09 | Transportation |
| 10/25/2025 | UBER   *TRIP | 82.35 | Transportation |
| 10/25/2025 | UBER   *TRIP | 1 | Transportation |
| 10/25/2025 | UBER   *TRIP | 0.99 | Transportation |
| 10/23/2025 | UBER   *TRIP | 12.41 | Transportation |
| 10/22/2025 | UBER   *TRIP | 1 | Transportation |

EXHIBIT 1 - Page 6

Advances: Detail

October 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 10/21/2025 | UBER   *TRIP | 92.94 | Transportation |
| 10/21/2025 | UBER *TRIP HELP.UBER.C | 25.49 | Transportation |
| 10/20/2025 | UBER   *TRIP | 3 | Transportation |
| 10/19/2025 | UBER   *TRIP | 41.52 | Transportation |
| 10/18/2025 | UBER   *TRIP | 47.01 | Transportation |
| 10/18/2025 | TST*IRONWOOD NEW | 171.31 | Meals and Entertainment |
| 10/15/2025 | Hotel at Booking.com | 1417.73 | Bus. Travel |
| 10/13/2025 | UBER   *TRIP | 6 | Transportation |
| 10/13/2025 | UBER   *TRIP | 35.3 | Transportation |
| 10/13/2025 | UBER   *TRIP | 7 | Transportation |
| 10/11/2025 | UBER   *TRIP | 21.71 | Transportation |
| 10/09/2025 | SUN PAC STORAGE CONTAI | 95 | Business Services |
| 10/29/2025 | AICECRM         SAINT JOSEPH         MO | 19.99 | Business Subscription |
| 10/26/2025 | ASEA US*21354619   PLEASANT GROVE        UT | 222.51 | Catering COGS LA |
| 10/26/2025 | THE WEBSTAURANT STOR(717)392-7472      PA | 108.78 | Catering COGS LA |
| 10/23/2025 | SUMMIT.CO        AUSTIN         TX | 275 | Business Subscription |
| 10/22/2025 | GOOGLE *GOOGLE ONE   G.CO/HELPPAY#    CA | 2.11 | Business Subscription |
| 10/19/2025 | NYTimes.COM NY TIMES(800)698-4637       NY | 25 | Business Subscription |
| 10/06/2025 | OPENAI *CHATGPT SUBSSAN FRANCISCO    CA | 20 | Business Subscription |
| 10/05/2025 | SCRIBD *653158551   SAN FRANCISCO      CA | 11.99 | Business Subscription |
| 10/01/2025 | PYL*RALSTON MANAGEMETEMECULA         CA | 398.73 | Test Kitchen Office Utilities |
| 10/21/2025 | AIRBNB * HMJJ4TDNBW SAN FRANCISCO    CA | 1386.39 | Bus. Travel |
| 10/20/2025 | AIRBNB * TA8854JD  SAN FRANCISCO      CA | 64.24 | Bus. Travel |
| 10/10/2025 | AIRBNB * HM9S4ZCEFC SAN FRANCISCO    CA | 2193.73 | Bus. Travel |

EXHIBIT 1 - Page 7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Keven Thibeault Regarding Post-Petition Financing on an Unsecured Basis (October 2025),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 3, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                         **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**                                                                 Case No. 2:23-bk-17276-BR

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
- <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**: kbelair@zwickerpc.com
- <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
- <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
- <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
- <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
- <u>Interested Party/Courtesy NEF</u>:  **Elan S Levey**: elan.levey@usdoj.gov; usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
- <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**: cramsdell@garofololaw.com
- <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**: ashley.p.soto@wellsfargo.com
- <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
- <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
- <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**