David B. Zolkin – Bar #155410
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (310) 207-1494
Email: dzolkin@wztslaw.com

General Bankruptcy Counsel to
Chapter 11 Debtor and Debtor in Possession,
KOMBU KITCHEN SF LLC, dba NIBLL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>KOMBU KITCHEN SF, LLC, dba NIBLL,<br>a California limited liability company,<br><br>   Debtor and Debtor In Possession. | Case No. 2:23-bk-17276-BR<br><br>Chapter 11<br><br>Subchapter V<br><br>**DECLARATION OF KEVÉN THIBEAULT REGARDING POST-PETITION FINANCING ON AN UNSECURED BASIS (DECEMBER 2025)**<br><br>[No Hearing Required] |

## DECLARATION OF KEVÉN THIBEAULT

I, Kevén Thibeault, hereby declare:

1. I am an individual over the age of eighteen and CEO of KOMBU KITCHEN SF, LLC, dba NIBLL, the Chapter 11 Debtor and Debtor in Possession (the "Debtor") herein. Each of the facts contained in this declaration is based upon my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. The Debtor commenced this Bankruptcy Case by filing a petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code on November 1, 2023 (the "Petition Date"). The Debtor continues to carry out its business operations and manage its financial affairs as a Debtor in Possession pursuant to 11 U.S.C. §§ 1107 and 1108. No trustee, examiner, or committee has been appointed in the Bankruptcy Case.

3. I submit this declaration setting forth the funds advanced to the Debtor from my wife and me, which were used to fund operations and to pay critical expenses of the Debtor.

4. During the month of December 2025, the funds provided via the DIP Loan total $26390.32. A summary and detailed list of the critical and operation expenses paid is attached hereto as **Exhibit 1.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 3 day of February 2026, at Lake Elsinore, California.

KEVÉN THIBEAULT

# EXHIBIT 1

EXHIBIT 1 - Page 3

Summary of Advances
December 2025

| Expense | SUM of Amount |
|---|---|
| Bank Fee | 2863.99 |
| Bus. Travel | 3684.54 |
| Business Services | 360.95 |
| Business Subscription | 247.9 |
| Catering COGS LA | 4304.48 |
| Catering COGS SF | 649.81 |
| Catering Equipment | 590.26 |
| Education | 2378.92 |
| Event Decor | 433.18 |
| Kitchen Repairs | 357 |
| Marketing | 683.5 |
| Meals and Entertainment | 2144.78 |
| Office Equipment | 186.29 |
| Test Kitchen Office Rent | 6475 |
| Transportation - Fuel | 294.98 |
| Utilities | 734.74 |
| (blank) | |
| Grand Total | 26390.32 |

EXHIBIT 1 - Page 4

Advances: Detail

December 2025

| Date | Description | Amount | Expense |
|---|---|---|---|
| 12/1/2025 | Gas | 298.07 | Utilities |
| 12/1/2025 | Electric | 341.29 | Utilities |
| 12/1/2025 | Water | 62.89 | Utilities |
| 12/1/2025 | Internet | 32.50 | Utilities |
| 12/1/2025 | Test Kitchen Office Rent | 6475.00 | Test Kitchen Office Rent |
| 12/12/2025 | AMZ 112-1474116-9826667 | 26.93 | Catering Equipment |
| 12/26/2025 | AMZ 112-5544090-0223414 | 10.76 | Catering Equipment |
| 12/27/2025 | AMZ | 156.8 | Catering Equipment |
| 12/24/2025 | AMZ 112-6414736-1353046 | 26.93 | Catering Equipment |
| 12/24/2025 | AMZ | 77.52 | Catering Equipment |
| 12/24/2025 | AMZ | 229.44 | Catering Equipment |
| 12/28/2025 | ZEROSSL* ZEROSSL | 1 | Business Subscription |
| 12/27/2025 | EBAY O*07-14027-87206 | 61.88 | Catering Equipment |
| 12/25/2025 | ALBERTSONS.COM #0798 | 290.16 | Catering COGS LA |
| 12/19/2025 | COSTCO WHSE #0746 | 541.03 | Catering COGS SF |
| 12/19/2025 | SP SAMSUNGPARTSUSA | 136.39 | Office Equipment |
| 12/16/2025 | THE SUMMER PLACE | 44.76 | Catering COGS LA |
| 12/16/2025 | PURCHASE INTEREST CHARGE | 485.6 | Bank Fee |
| 12/15/2025 | UBER   *ONE MEMBERSHIP | 9.99 | Transportation - Fuel |
| 12/01/2025 | SXM*SIRIUSXM.COM/ACCT | 72.94 | Business Subscription |
| 12/01/2025 | GOOGLE *Workspace_the1 | 21 | Business Services |
| 12/29/2025 | AMAZON MKTPL*2I7O45DX3 | 19.38 | Catering COGS LA |
| 12/29/2025 | AMAZON MKTPL*904QT89M3 | 26.92 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*QC7RV7T93 | 17.23 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*292TI6YH3 | 35.55 | Catering COGS LA |
| 12/29/2025 | AMAZON MKTPL*743HZ9GL3 | 62.7 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*7W5CS3LT3 | 46.31 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*E23KL6WQ3 | 10.76 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*KJ34J4A53 | 21.54 | Catering COGS LA |
| 12/28/2025 | AMAZON MKTPL*LZ7KW7DB3 | 30.14 | Catering COGS LA |
| 12/29/2025 | AMAZON MKTPL*3C3AY3NJ3 | 224.07 | Meals and Entertainment |
| 12/28/2025 | AMAZON MKTPL*AD6OZ74K3 | 35.13 | Catering COGS LA |
| 12/19/2025 | Amazon.com*J72BX9JB3 | 47.3 | Catering COGS LA |
| 12/18/2025 | PURCHASE INTEREST CHARGE | 25.45 | Bank Fee |
| 12/17/2025 | Amazon.com*7E1O15JI3 | 41.18 | Catering COGS LA |
| 12/16/2025 | Whole Foods FRK 10044 | 97.31 | Catering COGS LA |
| 12/14/2025 | AMAZON MKTPL*4B6RF1W03 | 26.93 | Catering COGS LA |
| 12/08/2025 | AMAZON MKTPL*BI7AB9UY0 | 137.65 | Catering COGS LA |
| 12/07/2025 | AMAZON MKTPL*BI2C71BK0 | 17.23 | Catering COGS LA |
| 12/06/2025 | AMAZON MKTPL*BI89O6QQ1 | 25.41 | Catering COGS LA |
| 12/01/2025 | AMAZON MKTPLACE PMTS | 0 | Catering COGS LA |
| 11/30/2025 | Amazon.com*BB28W3DB2 | 18.52 | Catering COGS LA |
| 12/01/2025 | AMAZON MKTPL*BB48J4DI2 | 40.92 | Catering COGS LA |

EXHIBIT 1 - Page 5

| Date | Description | Amount | Category |
|---|---|---|---|
| 12/17/2025 | ASEA US*21547291 | 107.37 | Catering COGS LA |
| 12/12/2025 | ASEA US*21531672 | 147.2 | Catering COGS LA |
| 12/12/2025 | ASEA US*21531908 | 164.86 | Catering COGS LA |
| 12/10/2025 | THE FLETCHER METHOD | 27 | Education |
| 12/10/2025 | THE FLETCHER METHOD | 297 | Education |
| 12/09/2025 | PURCHASE INTEREST CHARGE | 417.85 | Bank Fee |
| 12/07/2025 | LINKTREE* LINKTREE | 96.48 | Catering COGS LA |
| 12/03/2025 | 88 RANCH MARKETPLAC | 143.21 | Catering COGS LA |
| 12/03/2025 | HOMEGOODS #296 | 253.52 | Catering COGS LA |
| 12/02/2025 | ARCO #42589 | 78.96 | Transportation - Fuel |
| 12/17/2025 | SUSHI KA | 114.23 | Meals and Entertainment |
| 12/10/2025 | RANCHO BERNARDO INN HO | 1361.93 | Bus. Travel |
| 12/10/2025 | PURCHASE INTEREST CHARGE | 273.16 | Bank Fee |
| 11/30/2025 | ASEA US*21483179 | 182.79 | Catering COGS LA |
| 12/06/2025 | LE CHEF BAKERY | 205.87 | Catering COGS LA |
| 12/04/2025 | ZOOM.COM 888-799-9666 | 16.99 | Business Subscription |
| 12/12/2025 | SP MERLINS MARKET | 221.94 | Catering COGS LA |
| 12/04/2025 | PURCHASE INTEREST CHARGE | 274.78 | Bank Fee |
| 12/02/2025 | ASEA US*21501494 | 155.86 | Catering COGS LA |
| 01/01/2026 | INTEREST CHARGED TO STANDARD PURCH | 6.57 | Bank Fee |
| 01/01/2026 | INTEREST CHARGED TO PUR PR-11/24/25. | 32.53 | Bank Fee |
| 12/13/2025 | ASEA US*21536786 8019737499 UT | 244.59 | Catering COGS LA |
| 12/12/2025 | ASEA US*21531914 8019737499 UT | 164.85 | Catering COGS LA |
| 12/31/2025 | WE CARE PLUMBING MURRIETA CA | 357 | Kitchen Repairs |
| 12/30/2025 | SHELL OIL13010257015 CASTAIC CA | 75.73 | Transportation - Fuel |
| 12/30/2025 | SHELL OIL10013516017 DUBLIN CA | 31.62 | Transportation - Fuel |
| 12/30/2025 | SHELL OIL10013516017 DUBLIN CA | 18.73 | Transportation - Fuel |
| 12/30/2025 | 76 - DBA CAL FRESNO 107 FIREBAUGH CA | 79.95 | Transportation - Fuel |
| 12/29/2025 | TST*A16 - CHESTNUT San FranciscoCA | 114.58 | Meals and Entertainment |
| 12/26/2025 | INTEREST CHARGE ON PURCHASES | 137.44 | Bank Fee |
| 12/25/2025 | Samsung Electronics 650-9345824 NJ | 49.9 | Office Equipment |
| 12/20/2025 | ALASKA AIR 0272126891664SEATTLE WA | 659.82 | Bus. Travel |
| 12/20/2025 | ALASKA AIR SEATTLE WA | 163 | Marketing |
| 12/20/2025 | ALASKA AIR 0272126891663SEATTLE WA | 659.81 | Bus. Travel |
| 12/20/2025 | ALASKA AIR SEATTLE WA | 171 | Event Decor |
| 12/19/2025 | SPT*SPINES.COM 201-972-6456 NY | 520.5 | Marketing |
| 12/17/2025 | TST*A16 - CHESTNUT San FranciscoCA | 404.27 | Meals and Entertainment |
| 12/05/2025 | MADARAE SAN FRANCISCOCA | 1234.83 | Meals and Entertainment |
| 12/04/2025 | UBER *TRIP HELP.UBER.COMCA | 54.92 | Education |
| 12/03/2025 | UBER *TRIP HELP.UBER.COMCA | 25.99 | Business Subscription |
| 12/26/2025 | SUN PAC STORAGE CONTAI | 97.85 | Business Services |
| 12/23/2025 | INTEREST CHARGE-PURCHASES | 499.83 | Bank Fee |
| 12/15/2025 | OC REGISTER SUBS | 14 | Business Subscription |
| 12/01/2025 | SUN PAC STORAGE CONTAI | 97.85 | Bus. Travel |
| 12/30/2025 | Southwest Airlines DALLAS TX | 283.18 | Bus. Travel |
| 12/29/2025 | AICECRM SAINT JOSEPH MO | 19.99 | Business Subscription |

EXHIBIT 1 - Page 6

| Date | Description | Amount | Category |
|---|---|---|---|
| 12/27/2025 | DREAMTRIPS RES    SCOTTSDALE    AZ | 245.48 | Bus. Travel |
| 12/27/2025 | DREAMTRIPS RES    SCOTTSDALE    AZ | 245.48 | Bus. Travel |
| 12/26/2025 | ASEA US*21569747    PLEASANT GROVE    UT | 222.51 | Catering COGS LA |
| 12/26/2025 | Interest Charge on Purchases | 575.43 | Bank Fee |
| 12/26/2025 | THE WEBSTAURANT STOR(717)392-7472    PA | 108.78 | Catering COGS SF |
| 12/25/2025 | TARGET.COM    800-591-3869    MN | 52.8 | Meals and Entertainment |
| 12/22/2025 | GOOGLE *GOOGLE ONE   G.CO/HELPPAY#   C | 2.11 | Business Services |
| 12/14/2025 | IMPACTER MASTERMIND LEHI    UT | 2000 | Education |
| 12/14/2025 | NYTimes.COM NY TIMES(800)698-4637    NY | 25 | Business Subscription |
| 12/11/2025 | GENSPARK.AI    PALO ALTO    CA | 239.99 | Business Services |
| 12/10/2025 | OLIVE OIL SOURCE 177SANTA MARIA    CA | 22.62 | Catering COGS LA |
| 12/10/2025 | OPENAI *CHATGPT SUBSSAN FRANCISCO    CA | 60 | Business Subscription |
| 12/05/2025 | OLIVE OIL SOURCE 177SANTA MARIA    CA | 571.08 | Catering COGS LA |
| 12/05/2025 | SCRIBD *653158551   SAN FRANCISCO    CA | 11.99 | Business Subscription |
| 12/02/2025 | ASEA US*21497547    PLEASANT GROVE    UT | 306.7 | Catering COGS LA |
| 12/01/2025 | Wayfair    866-263-8325    MA | 262.18 | Event Decor |
| 12/30/2025 | HOME2 SUITES    SOUTH SAN FRANCISCO CA | 130.99 | Bus. Travel |
| 12/09/2025 | Interest Charge on Purchases | 135.35 | Bank Fee |

EXHIBIT 1 - Page 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Keven Thibeault Regarding Post-Petition Financing on an Unsecured Basis (December 2025),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 3, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 3, 2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

**In re Kombu Kitchen SF LLC**                                                                 Case No. 2:23-bk-17276-BR

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

   - <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **David B. Zolkin, Catherine Liu, Daniel J. Weintraub, James R. Selth**:  dzolkin@wztslaw.com; cliu@wztslaw.com; dweintraub@wztslaw.com; jselth@yahoo.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
   - <u>Subchapter V Trustee</u>:  **Mark Sharf**:  mark@sharflaw.com; C188@ecfcbis.com; sharf1000@gmail.com; 2180473420@filings.docketbird.com
   - <u>Attorneys for American Express National Bank c/o Zwicker & Associates, P.C.</u>:  **Karen L. Belair**: kbelair@zwickerpc.com
   - <u>Attorneys for Creditors Maria de Jesus Vergara and Aja de Coudreaux, and Attorney Paul Pfeilschiefter</u>:  **Cody Alexander Bolce**:  cbolce@themmlawfirm.com; enotices@themmlawfirm.com
   - <u>Interested Party/Courtesy NEF</u>:  **Todd S. Garan**:  ch11ecf@aldridepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridepite.com
   - <u>Attorneys for Creditor F50 League LLC</u>:  **Jason R. Gianvecchio**:  jgianvecchio@cwlfirm.com
   - <u>Attorneys for Interested Party Sysco Corporation, Sysco San Francisco, Inc., and Newport Meat Northern California, Inc.</u>:  **Robert P. Goe, Brandon J. Iskander**:  kmurphy@goeforlaw.com; rgoe@goeforlaw.com; goeforecf@gmail.com; biskander@goeforlaw.com; ajohnston@goeforlaw.com; goe.robertp.r@notify.bestcase.com
   - <u>Attorneys for Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company</u>:  **Alan Craig Hochheiser**:  ahochheiser@mauricewutscher.com; arodriguez@mauricewutscher.com
   - <u>Interested Party/Courtesy NEF</u>:  **Elan S Levey**: elan.levey@usdoj.gov; usacac.tax@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
   - <u>Attorneys for Creditors Aja de Coudreaux and Maria De Jesus Vergara, and Attorney Paul Pfeilschiefter</u>:  **Paul Pfeilschiefter**:  paul.pfeilschiefter@workerrightsattorney.com; paul.pfeilschiefter@gmail.com
   - <u>Attorneys for Interested Parties Keven Thibeault and Kristen Thibeault</u>:  **Craig Ramsdell**: cramsdell@garofololaw.com
   - <u>Attorneys for Ally Bank c/o AIS Portfolio Services, LLC</u>:  **Amitkumar Sharma**:  amit.sharma@aisinfo.com
   - <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Ashley Soto**: ashley.p.soto@wellsfargo.com
   - <u>Attorneys for Debtor Kombu Kitchen SF LLC</u>:  **Michael Adam Tate**:  adam@jbblaw.com
   - <u>Attorneys for Creditor Bi-Rite Restaurant Supply Co., Inc.</u>:  **Kaipo K.B. Young**:  KYoung@BL-Plaw.com
   - <u>Attorneys for Creditor Night Heron Oakland, LLC</u>:  **A. David Youssefyeh**:  david@adylaw.com
   - <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Ron Maroko**:  ron.maroko@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**